56

1    physician and he doesn't treat people the way

2    you're treating me right now.  All I'm asking

3    you is what's going on.  And frequently the

4    residents will know what's going on, but they

5    won't communicate to us nurses whether the          11:02:35

6    doctor has this place to go, that to do, they

7    want to be home at this certain time.  It's

8    frequently those types of scenarios.

9            When I told him that my brother was

10   a doctor and he didn't treat people the way he      11:02:49

11   was treating me, and how I thought I was being

12   disrespected, I said, I just may very well go

13   talk to Dr. Jenison about it.  He said, I don't

14   talk to you, Kim.  I don't talk to you unless I

15   have to.                                             11:03:11

16       Q.    Okay.

17       A.    That's when I went to Judy and I

18   just said I was frustrated.  I'm doing a job

19   and taking care of the patients to the best of

20   my ability.  And it's difficult at times to         11:03:24

21   feel like you're constantly being rushed.

22   You're doing your job the way it's supposed to

23   be.  You're upping the Pitocin the way it's

24   supposed to be per ACOG standards, but

25   sometimes it isn't fast enough for some of the      11:03:42

57

1   residents or attendings.

2       Q.    So the doctor indicated to you that

3   he wanted the Pitocin to be upped at a faster

4   rate than you were doing it?

5       A.    Correct.                           11:03:52

6       Q.    You asked him why are we in such a

7   hurry?

8       A.    Yes.

9       Q.    Why did you ask him that?

10      A.    Why?  Because frequently that        11:03:56

11  happens.  People are in a hurry.  They either

12  want the bed, they don't want to stay up at

13  night.

14      Q.    Did it bother you what the doctor

15  was asking you to do?                          11:04:04

16      A.    It bothered me because the patient

17  was adequately contracting.  She was adequate.

18  And he wanted more Pitocin.

19      Q.    So you were questioning the

20  doctor's judgment?                             11:04:19

21      A.    I was wondering why they were in

22  such a hurry.

23      Q.    Who is Dr. Jenison?

24      A.    He's chief of OB.

25      Q.    Did you go talk to Dr. Jenison       11:04:40

58

1    after you threatened to?

2        A.    No, I didn't.

3              MR. MYERS:  Objection.  Go ahead

4    and answer.

5        A.    I talked to him once as he was          11:04:46

6    coming through the unit, asked if I could talk

7    to him, but I never got back to him.

8        Q.    Why didn't you get back to him?

9        A.    I just didn't.

10       Q.    Any other complaints to Judy Ezzie     11:05:09

11   regarding Dr. Huynh?

12       A.    Not that I can think of at this

13   time.

14             THE WITNESS:  Can we take a break?

15             (Recess had.)                           11:05:38

16       Q.    When you came here today you asked

17   Maureen about her retirement.  How did you

18   learn about that?

19       A.    Somebody told me from the hospital.

20   I'm trying to remember who.  It might have been   11:25:29

21   Lori.  It might have been Lisa.  I'm not sure.

22       Q.    Okay.

23       A.    I still got friends who are there.

24   I still hear things that go on at Akron

25   General.                                          11:25:58

Kimberly J. Belzer

59

1    Q.    Before we broke, we were talking

2    about complaints that you had made to Judy

3    Ezzie?

4    A.    Yes.

5    Q.    You mentioned that you made          11:26:14

6    complaints regarding residents.  What residents

7    were you talking about?

8    A.    Dr. Huynh was a resident.

9    Q.    Other than Dr. Huynh.

10    A.    I think I talked to her about Dr.      11:26:29

11    Byler.  Who was the other one?  Dr. Byler, a

12    lot of times she'll be sweet and talk real kind

13    to your face and then as you're walking away,

14    you can hear her talk to one of the other

15    residents or someone and say some kind of       11:27:00

16    derogatory comment.  And they need to come to

17    us directly and talk to us and they don't do

18    that all the time.

19    Q.    Okay.  Are you claiming that Dr.

20    Byler was sweet to your face and said          11:27:20

21    derogatory comments as you walked away?

22    A.    I've heard her do that with other

23    people, not just myself.

24    Q.    Heard her do that with others in

25    addition to yourself?                          11:27:32

60

1      A.     Right.   It happens around that unit
2   quite a bit.

3      Q.     What other people have you heard
4   her do that to?

5      A.     I can't say right now for sure      11:27:39
6   specific scenarios, but I've heard it.

7      Q.     But you can't recall a single
8   scenario?

9      A.     Not right off the top of my head,
10  no.
                                                  11:27:57
11     Q.     How about Dr. Byler's interaction
12  with you, tell me about what she said when
13  she's been sweet to your face and as you were
14  walking away said a derogatory comment?

15     A.     I can't remember the exact           11:28:19
16  scenario.   I just know it's happened.

17     Q.     What do you mean by derogatory
18  comment?

19     A.     Something like, oh, she's just so
20  difficult or she's so -- makes some kind of    11:28:40
21  derogatory comment about me.

22     Q.     About being difficult?

23     A.     Something to that effect.

24     Q.     Anything else?

25     A.     With Dr. Byler?                       11:28:55

61

1    Q.    Any other derogatory comments other
2    than you being difficult or something to that
3    effect?

4    A.    Other than the scenario with The
5    Last Chance Agreement, that scenario with her,    11:29:32
6    is that what you're referring to also?

7    Q.    I'm just asking if there were other
8    derogatory comments made by Dr. Byler about
9    you?

10    A.    I can't think of anything direct    11:29:46
11    right at this moment.

12    Q.    You can't recall any derogatory
13    comments made by Dr. Byler about others?

14    A.    Not the exact scenarios, but no, it
15    has occurred.
                                                   11:30:10
16    Q.    You can't remember who these others
17    were who she allegedly made derogatory comments
18    about?

19    A.    No, not directly.

20    Q.    You complained to Judy Ezzie about    11:30:17
21    Dr. Byler?

22    A.    Yes, I have.

23    Q.    On how many occasions?

24    A.    When there would be situations with
25    a lot of the residents, you would go and talk    11:30:29

62

1    to Judy about it.

2         Q.    On how many occasions --

3         A.    I don't know for sure.

4         Q.    More than five?

5         A.    I wouldn't say.                      11:30:36

6         Q.    More than two?

7         A.    Possibly.

8         Q.    What did you complain to Judy Ezzie

9    about regarding Dr. Byler?

10        A.    Just exactly what I told you.  She    11:30:53

11   would be real sweet and kind to your face then

12   she would make some kind of derogatory comment

13   as she's walking away, mumbling under her

14   breath.  I'm trying to think who it was.

15             Katie Wolf was another one, she was    11:31:22

16   another one a lot like Byler, be real sweet to

17   your face and make derogatory comments.

18        Q.    Katie Wolf is a resident?

19        A.    She was at the time.  She's an

20   attending now.  I don't know where she's at.     11:31:33

21        Q.    Did you complain to anyone

22   regarding Ms. Wolf?

23        A.    I'm sure I complained to Judy about

24   Ms. Wolf, yes.

25        Q.    And what did you complain about?      11:31:47

63

1       **A.**    Same type of scenario, be sweet to

2    your face, negative comments as we're walking

3    away.

4       **Q.**    What specifically did she say as

5    you were walking away?                              11:32:03

6       **A.**    I'm not real -- I don't remember

7    and I'm not going to say unless I remember.

8             A lot of times the residents would

9    have a hard time with us older nurses because

10   we've been doing this job a very long time,         11:32:20

11   I've been doing it longer than some of them

12   have almost been alive.  And I think they had a

13   hard time with us nurses trying to give them

14   ideas, suggestions, or even I don't know

15   whether they felt threatened like we were           11:32:34

16   trying to tell them how to do their job.  I

17   don't know.

18      **Q.**    You don't remember any derogatory

19   comments that Dr. Wolf ever made?

20      **A.**    Not specific, no.  A lot of times      11:32:55

21   you have to let these things brush off, you go

22   on, do your job, take care of the patients.

23      **Q.**    But you do recall that you

24   complained to Judy about that?

25      **A.**    Yes.                                   11:33:09

Kimberly J. Belzer

64

1      Q.     What residents had a hard time with

2   older nurses?

3      A.     I know Dr. Tom Heffernan did.

4   Sometimes -- I feel that the most of them did.

5      Q.     Who else besides Heffernan?          11:33:39

6      A.     I think Dr. Huynh did.  I think Dr.

7   Byler did.  I think Dr. Anagnostou did.  I

8   think -- Dr. Smelcer, he was pretty laid back.

9   He just got along with everybody.  Just

10  having -- Dr. Godwin pretty well got along with   11:34:06

11  everybody.  I'm just trying to remember.  I've

12  been through so many residents in 26 years.

13  I'm just basically talking about the group

14  that's been here the last two, three years.

15     Q.     Why do you believe Dr. Heffernan       11:34:32

16  had a hard time with older nurses?

17     A.     Because he'd argue a lot of time

18  with older nurses.  I didn't have a problem

19  with him, but I know Lori Wykoff did, and there

20  were -- I'm not sure who the other people are.   11:34:47

21  I don't remember right now.  I know she

22  specifically had a hard time.  I think her

23  scenario was she was suggesting something to

24  him to try with a patient, he took offense she

25  was trying to tell him how to do his job.        11:35:05

65

1    Q.    When you say older nurses, do you

2    mean experienced nurses or are you talking

3    specifically about age?

4        A.    I think I'm talking about both.

5        Q.    Did Dr. Heffernan ever make any          11:35:20

6    comments related to yours or anyone else's age?

7        A.    I can't say specifically about

8    anyone else's age and I don't remember my age,

9    but I think it has to do with a lot of these

10   residents with both age and experience.         11:35:39

11       Q.    Did Dr. Heffernan ever make any

12   comments that you heard related to anyone's

13   age?

14       A.    Not that I can say, no.

15       Q.    Why do you believe that it relates       11:35:57

16   to age then?

17       A.    Because we're older nurses and

18   we're more experienced and we know what's going

19   on and they don't like to be questioned for

20   whatever reason.  Sometimes there's been          11:36:12

21   scenarios where we've gone to Judy and talked

22   to her about that and then sometime she'll go

23   to talk to Mark Davis.  Dr. Mark Davis is the

24   head of the residents.  There's been scenarios

25   where, you know, they try to work things out     11:36:37

66

1    amongst Judy and Dr. Davis.

2        Q.    Can you describe an incident where

3    Dr. Heffernan and you had an interaction that

4    related to age or where Dr. Heffernan treated

5    you any differently as a result of your age?    11:37:17

6        A.    No, I didn't have a problem with

7    Dr. Heffernan.  I know Lori did.

8            I've had problems with attendings

9    that are now attendings that were residents at

10   the time that they've went through and I've had   11:37:54

11   scenarios where I've had problems with some of

12   them.  I don't know if you want to know about

13   that.

14       Q.    We'll get to the attendings.

15           Did Dr. Huynh ever make any          11:38:09

16   comments related to yours or anyone else's age?

17       A.    I don't remember the exact words,

18   but yes, he had.

19       Q.    What did he say?

20       A.    It was more to, oh, you older      11:38:27

21   girls.  I've heard it from numerous doctors

22   there.

23       Q.    Let's talk about Dr. Huynh, then

24   we'll go through all of them?

25       A.    Okay.                              11:38:43

67

1      Q.    What did Dr. Huynh say?

2      A.    He'd make a comment, oh, you older

3  girls, something to that effect.  Oh, you older

4  nurses.  It was hard for some of these

5  residents to work with us.                    11:38:58

6      Q.    So he made a comment, oh, you older

7  girls or, oh, you older nurses in your

8  presence?

9      A.    Yes, I've heard it.

10     Q.    On how many occasions?            11:39:06

11     A.    I don't know.  Over the four years

12 he's been a resident, the times that I've

13 worked with him.  I don't know for sure.

14     Q.    More than five?

15     A.    I can't say.  I don't know.      11:39:19

16     Q.    Who else was present when he made

17 this statement, oh, you older girls?

18     A.    There were other people sitting

19 there at the desk.

20     Q.    Who else?                         11:39:28

21     A.    I don't remember.

22     Q.    You don't remember anyone else who

23 was present?

24     A.    No, not off the top of my head.

25 Some of these scenarios happened three or four  11:39:40

68

1   years ago.

2        Q.    Did you complain to anyone when Dr.

3   Huynh made the statement, oh, you older girls?

4        A.    No, because they'd make statements,

5   they'd make comments when some people just, ha,    11:39:50

6   ha, ha, just kind of laugh it off.

7        Q.    And you didn't make any complaints

8   regarding Dr. Huynh's statement?

9        A.    About the age, no.  I didn't.

10       Q.    How about Dr. Anagnostou, how does    11:40:02

11  Dr. Anagnostou treat older nurses differently?

12       A.    I don't know if he's treating older

13  nurses differently.  She's a doctor.  If she's

14  got somebody that's over her, there will be a

15  scenario where somebody will question her, you    11:40:31

16  know, about the Pitocin or some kind of

17  situation and, well, Dr. Byler, that's what she

18  wants.  And not me myself specifically, but I

19  know another nurse that asked her, are you

20  afraid of Dr. Byler?  It's a pecking order.    11:40:51

21  They have their little pecking orders.  The

22  ones that are lower on the totem pole don't

23  want to make any kind of waves, so they just go

24  along with what the year-higher resident says

25  to do.  She's one of those doctors that are    11:41:12

**Kimberly J. Belzer**

69

1    very fearful of the people above her, that she

2    does whatever they tell her to do.

3         Q.    In doing whatever her superiors

4    tell her to do, has she done anything to you

5    related to your age?                          11:41:26

6              MR. MYERS:   Objection.  Go ahead

7    and answer.

8         A.    No, I don't think Dr. Anagnostou

9    has.

10        Q.    Has Dr. Byler ever made any        11:41:40

11   comments regarding yours or anyone else's age?

12        A.    Like I've repeated before, a lot of

13   them have made comments, but I don't remember

14   the exact statements or scenarios.

15        Q.    Can you remember anything, ages     11:42:07

16   that Dr. Byler has said?

17        A.    No, not off the top of my head

18   right now, no.

19        Q.    When you say "us older nurses," who

20   are you referring to?                          11:42:28

21        A.    Us girls that aren't in our 20s,

22   30s, we're more in our 40s and 50s or have been

23   doing this a long time.

24        Q.    Who specifically had altercations

25   with these residents that you're talking about?  11:42:47

70

1          A.    Who specifically has had

2    altercations?  I know Lori Wykoff has.  I know

3    Cindie Russell has.  She was in it with

4    anesthesia at times.  I think a lot of the

5    people have had blow-outs with nurses and          11:43:12

6    doctors.  It happens quite frequently.

7          Q.    We're talking about, just so we can

8    get back on track, your claim that residents

9    have a hard time with us older nurses.  And I

10   want to know what facts you have to back up          11:43:31

11   that claim.  So that's what we're specifically

12   talking about here.

13              MR. MYERS:  Let her answer the

14   question.

15              MS. LAWRENCE:  I think I have,          11:43:40

16   John.

17              MR. MYERS:  You keep asking her the

18   same question and every time she gives you more

19   information, so if you want her to answer the

20   question, let her answer it.          11:43:46

21          A.    I've heard many of the residents

22   make comments at different times about whether

23   it's you older nurses or --

24          Q.    Other than Dr. Huynh, who else said

25   you older nurses?          11:44:14

Kimberly J. Belzer

71

1      A.    I've heard comments from a lot of

2  them.  But the --

3      Q.    Who?

4      A.    They'll be in the same

5  conversation, like they're joking about it.        11:44:26

6  Like, ha, ha, ha.

7            I think Phyllis Smelcer has made

8  comments before.  Even some of the attendings

9  have made comments before.  And some of the

10  older attendings come to us directly because        11:44:46

11  they know how we take care of their patients.

12      Q.    Who else besides Dr. Huynh and

13  Dr. Smelcer made the comment about -- made a

14  comment about older nurses?

15            MR. MYERS:  Residents now or            11:45:00

16  attendings?

17            MS. LAWRENCE:  I'm talking about

18  residents.

19      A.    I think they all have at times, but

20  I can't tell you specifics and scenarios.          11:45:10

21      Q.    So you're telling me that every

22  single resident has --

23      A.    I'm not saying every single

24  resident, but most of them.

25      Q.    Most of them?                            11:45:19

Kimberly J. Belzer

72

1       A.      Yes.

2       Q.      Which ones have you complained

3   about making that statement?

4       A.      I really didn't complain to

5   anybody.  What good is it going to do?          11:45:31

6       Q.      What attending physicians do you

7   believe had a hard time with older nurses?

8       A.      Dr. Shondel.  I know I had a

9   problem with Dr. Ross Marchetta, when he was a

10  resident.  I know we'd butt heads a few times.      11:46:22

11          I had a patient whose baby expired

12  and the unit was real busy and it was on 3 to

13  11 shift and there were only two nurses working

14  and the parents had held the baby, the baby was

15  still alive, and I remember him coming back to      11:46:42

16  the operating room, just let it lay there and

17  die, Kim, will you?  We need you out here.  I

18  said, nobody comes into this earth alone and

19  nobody deserves to go out of this earth alone,

20  and I didn't, and I stayed there and held that     11:46:57

21  baby until it died in my arms.

22      Q.      And how did that relate to your

23  age?

24      A.      It didn't.  I'm just saying that at

25  times I had problems with residents that are      11:47:09

73

1    now attendings.

2         Q.    Other than Dr. Shondel and

3    Dr. Marchetta, who else?

4         A.    I can't think of anybody else at

5    the moment.
                                                    11:47:59

6         Q.    What problem did you have with

7    Dr. Shondel?

8         A.    A lot of times Dr. Shondel is in a

9    hurry.  I see her a lot of times not giving

10   patients a fair shot at labor and she'll just    11:48:20

11   section them.

12        Q.    She'll advise that they have a

13   C-section?

14        A.    Uh-huh.

15        Q.    And you don't agree with her         11:48:27

16   advice?

17        A.    Sometimes these people are just cut

18   on and operated on for convenience and it's

19   very frustrating.

20        Q.    Okay.                                 11:48:37

21        A.    And she's one of them.

22        Q.    What other problems did you have

23   with Dr. Shondel?

24        A.    She just didn't seem to care for me

25   as a person.                                     11:49:04

74

1    Q.    Anything else?

2    A.    Not that I can think of at this

3    time.

4    Q.    Other than the incident with

5    Dr. Marchetta where the baby passed away and          11:49:22

6    you stayed with it, any other issues with

7    Dr. Marchetta?

8    A.    There were always times with

9    Dr. Marchetta; he was very high maintenance.

10   Q.    What do you mean by that?          11:49:35

11   A.    There were times when he was a

12   resident that he'd come out of the operating

13   room, and we didn't have carpet at that time,

14   and he had his bloody booties on, he'd walk all

15   over the floor.  So the housekeeper had to          11:49:48

16   follow behind him and wipe up all of his blood.

17   He just thought he was a very special person.

18        There's great doctors out there.

19   We're just talking about some of the negative

20   scenarios.  There are some really awesome          11:50:11

21   doctors out there.  They break the mold when

22   they make them.

23   Q.    What else with Dr. Marchetta?

24   A.    He was very demanding, very hard to

25   work with a lot of patients -- or with a lot of          11:50:26

75

1   us nurses.  A lot of people didn't want to take

2   his patients because they didn't want to work

3   with him.

4       Q.   Who else had a hard time working

5   with him?

11:50:38

6       A.   Most everybody.  People who fight

7   over -- I'm not taking this patient, I'm not

8   taking this patient.  Another one was Zebari

9   and Shalowitz, they didn't want to take their

10   patients.  I got along with them beautifully.

11:50:50

11   I'd always sign up for their patients because

12   we had a great working relationship, but many

13   of the nurses would fight, I'm not taking his

14   patient.

15          Dr. Lavin is another one.  He's a

11:50:59

16   perinatologist.  He'll dictate in the back of

17   the OR, he'll throw things, he'll treat us

18   disrespectfully, and a lot of people don't want

19   to work with him either.  Frequently nurses

20   will say, I'm not doing that delivery.  I'm not

11:51:24

21   taking that patient.

22       Q.   Did you ever complain to anyone

23   regarding Dr. Shondel?

24       A.   No.

25       Q.   How about Dr. Marchetta, did you

11:51:35

76

1  ever complain about Dr. Marchetta?

2      A.    Oh, I'm sure I did.  I'm sure I did

3  at times.  It was probably Marilyn Fellenstein

4  back at that time.  We were getting tired of

5  following him, cleaning up his dirty booties,        11:51:50

6  just his condescending attitudes towards us.

7      Q.    Okay.

8      A.    But Dr. Shalowitz and Dr. Zebari

9  can be demanding too, but I had a great working

10 relationship with them.                              11:52:14

11     Q.    You also testified earlier that you

12 complained to Judy regarding coworkers and

13 their behaviors.  Who did you complain to Judy

14 about?

15     A.    Frequently it was the young girls       11:52:32

16 that sat at the desk at the monitors and did

17 their charting at the monitors.  They wouldn't

18 get up and go into the patients' rooms unless

19 they had to or their call light went on.  How

20 can you assess a patient, their fundus, whether   11:52:50

21 it's relaxing between contractions?  All the

22 monitors show -- if they're external monitors,

23 they just give you a baseline.  You cannot

24 assess a patient from sitting in a chair in

25 front of monitors.  And --                         11:53:02

Kimberly J. Belzer

77

1     Q.     Who were --

2     A.     The frequent --

3     Q.     -- the nurses that you complained

4 to Judy about?

5     A.     I told her Danielle is sitting out          11:53:10

6 there, Nan is sitting out there, Barb Buchan is

7 sitting out there, Tracie sits out there a lot.

8 So after a period of time what did Judy do?

9 She went and took all the chairs away and she

10 wanted people to chart at the chart box outside     11:53:29

11 the room, or at the patient's bedside.  That

12 lasted for, I don't know, a short period of

13 time.  Then the chairs started coming back and

14 they're sitting again.

15          And that was my biggest complaints       11:53:40

16 to Judy about the young girls that just sat out

17 there.  And sometimes you call for help,

18 sometimes somebody would get up and help you,

19 sometimes they wouldn't.

20     Q.     When they were charting from the          11:53:54

21 chairs, did that relate to the patients you

22 were taking care of?

23     A.     No, it was relating to the patients

24 they were taking care of, unless they were

25 covering somebody for lunch.  Frequently they'd    11:54:01

Kimberly J. Belzer

78

1    sit out there and cover you for lunch unless

2    they had to go in the room and do something and

3    chart from out there.  Maybe not even -- if we

4    were lucky to get lunch, sometimes we would get

5    15 minutes, maybe a half an hour if we were          11:54:14

6    real lucky most days.  Many days we didn't get

7    lunch and a lot of times they wouldn't even

8    chart on the patient, maybe not on the

9    narrative, but on the flow sheet.

10         Q.    What else did you complain to Judy       11:54:33

11    about with respect to your coworkers, other

12    than the charting from the monitors?

13         A.    I complained to her about Danielle

14    Troutman, her husband was a sheriff and she was

15    over on the computer and showing some other         11:54:57

16    nurses things that she shouldn't have been

17    doing.  They wanted to look up people's

18    personal things that had nothing to do with the

19    hospital.  They could have done it outside of

20    there or they could have done it in the privacy     11:55:08

21    of their own home.

22         Q.    What were they looking at?

23         A.    Things with another nurse that's no

24    longer there and one -- two of her family

25    members were murdered.                              11:55:22

Kimberly J. Belzer

79

1      Q.    This other nurse?

2      A.    Yes.

3      Q.    Who was the nurse?

4      A.    Paula Dodson.  And her family

5  member, it was a southern -- it was in one of      11:55:32

6  the Carolinas or something.

7      Q.    Were they looking on the internet?

8      A.    Uh-huh.

9      Q.    So they weren't looking at hospital

10  records?                                           11:55:42

11     A.    Right.  People have done that too.

12  I've seen people look at people's hospital

13  records.

14     Q.    You complained --

15     A.    I could go on for hours and hours       11:55:53

16  and hours and hours.

17     Q.    And you complained to Judy Ezzie

18  regarding --

19     A.    Danielle looking up and the other

20  people there in the unit on a Sunday looking up    11:56:02

21  other people's personal business that they had

22  no business looking up.

23     Q.    Please let me finish my questions

24  before you answer.

25     A.    Okay.                                    11:56:10

Kimberly J. Belzer

80

1    Q.    Who was with Danielle looking up

2    things on the internet?

3    A.    I think Barb Buchan was there, Nan

4    was there.  These are people on my weekend.

5    Those are the two I can remember for sure.  I        11:56:24

6    don't know, there were other people there, but

7    I don't remember for sure who was there.

8    Q.    What else did you complain to Judy

9    about with respect to your coworkers?

10   A.    I can't think of anything else at        11:56:44

11   this time.

12   Q.    Do you remember when it was that

13   you complained to Judy Ezzie about Dr. Huynh?

14   A.    Well, I complained right after that

15   delivery that I had and then I went and talked        11:57:39

16   to her about this one letter that he wrote.  I

17   don't remember what period of time that was.

18   Q.    When you say the delivery, you're

19   talking about the delivery that -- when you

20   delivered the baby on your own?        11:57:56

21   A.    Correct.

22   Q.    Just so we can verify these

23   records.

24         And then the other time that you

25   complained, was that when you had the        11:58:07

Kimberly J. Belzer

81

1    discussion with him about your brother being a

2    physician?

3         A.    Right.  And the Pitocin being

4    upped, yes.

5         Q.    Is that the brother that lives with    11:58:16

6    you?

7         A.    No.

8         Q..   What's your brother's name that

9    lives with you?

10        A.    Michael.                                11:58:21

11        Q.    How long has he lived with you?

12        A.    Probably about six years now.

13        Q.    Why is he living with you?

14              MR. MYERS:  Objection.  Bears no

15    relevance to this, but go ahead and answer.      11:58:37

16              THE WITNESS:  Do I have to?

17              MR. MYERS:  She can ask you if the

18    sun is shining.  Yes.

19        A.    He's living with me because I want

20    him to.                                          11:58:46

21        Q.    All right.  When did you complain

22    to Judy Ezzie about Dr. Byler?

23        A.    I don't remember when.

24        Q.    It was during the time Dr. Byler

25    was a resident?                                  11:59:33

Kimberly J. Belzer

82

1    A.    Yes.

2    Q.    Do you remember what year she was

3    in?

4    A.    I'm sure it's been more than once,

5    and no, I don't remember what year she was.    11:59:41

6    Q.    How long is a residency program?

7    Four years?

8    A.    First year of internship, second

9    year resident, third year resident, fourth, and

10   then chief.    11:59:57

11   Q.    Okay.  So five years that you

12   consider them residents?  Just for my reference

13   point.

14   A.    Yeah.  Yeah?

15   Q.    Did you complain about Dr. Byler    12:00:12

16   when she was -- is it intern, is that what you

17   call the first year?

18   A.    Uh-huh.

19   Q.    Did you complain about her when she

20   was an intern?    12:00:23

21   A.    No.  Usually when they come as

22   interns, they're so green and so new at this

23   stuff that they watch their Ps and Qs and they

24   are usually pretty good.

25   Q.    How about when she was chief, did    12:00:36

Kimberly J. Belzer

83

1  you complain about her then?

2      A.    Yes.  For the way she treated me,

3  disrespectfully, smile at your face and you

4  feel that knife going in your back on the way

5  out.  Katie Wolf was like that too.          12:00:53

6      Q.    Did you complain to Judy about

7  Katie Wolf?

8      A.    I think I did.

9      Q.    When did you complain?

10     A.    I don't know.                        12:01:03

11     Q.    You don't remember one way or the

12  other when you did?

13     A.    No, I don't remember when I did.

14     Q.    Do you think you did or you know

15  you did complain to Judy about Katie Wolf?    12:01:11

16     A.    Katie was another one, yes, I did.

17     Q.    On how many occasions?

18     A.    Less than five.

19     Q.    While she was a resident?

20     A.    Yes.                                 12:01:25

21     Q.    While she was an intern?

22     A.    I don't think so.

23              -  -  -  -  -

24              (Thereupon, Defendant's Deposition

25              Exhibit G was marked for purposes of  12:02:20

Kimberly J. Belzer

```
                                                                84
  1                    identification.)

  2                    -   -   -   -   -

  3         Q.     Handing you a document marked

  4    Defendant's Exhibit G, do you recognize that

  5    document?                                        12:02:33

  6         A.     I see it's the Human Resources

  7    Policy and Procedure Manual, but no, I don't.

  8         Q.     Is that manual made available to

  9    employees?

 10         A.     Yes, it is.                          12:02:56

 11         Q.     Where is that at?

 12         A.     There used to be a manual, but I'm

 13    sure it's on line now.

 14         Q.     When it was in manual form, where

 15    was it located?                                  12:03:05

 16         A.     Somewhere on the unit on a counter

 17    somewhere.

 18         Q.     On the nursing unit?

 19         A.     Uh-huh.

 20         Q.     Now it's on line, correct?           12:03:13

 21         A.     As far as I'm aware.  Most all the

 22    policies and procedures they put on line.

 23         Q.     You had access to them when you

 24    were employed at Akron General?

 25         A.     Yes.                                 12:03:26
```

85

1        Q.    You were provided training on the
2    EEO policy, correct?
3        A.    We all had to look at some of the
4    policies and procedures.
5        Q.    On an annual basis, correct?        12:03:41
6        A.    That was different every year.
7    They'd have different things that were
8    mandatory every year.
9        Q.    But you participated in training on
10   an annual basis?                              12:03:52
11       A.    Right.  Whatever was required for
12   me to do, I did.
13                     -  -  -  -  -
14             (Thereupon, Defendant's Deposition
15             Exhibit H was marked for purposes of  12:04:21
16             identification.)
17                     -  -  -  -  -
18       Q.    Handing you a document that's
19   marked as Exhibit H, it's a four-page document,
20   can you identify Exhibit H?                   12:04:38
21       A.    Yes.  These are all part of that
22   yearly mandatories that we'd have to do.
23       Q.    Part of your yearly training?
24       A.    Uh-huh.
25       Q.    If you look at the first page,     12:04:56

86

1    which is Bates stamped 328, it says, "Akron

2    General Health System code of conduct

3    acknowledgment," correct?

4        A.    Correct.

5        Q.    It says, "I have read and I      12:05:05

6    understand the code of conduct and acknowledge

7    my responsibility to act accordingly."

8    Correct?

9        A.    Correct.

10       Q.    "I've had the opportunity to ask    12:05:14

11    questions and/or know whom to contact should I

12    have any questions in the future regarding this

13    information," correct?

14       A.    Correct.

15       Q.    Is that your signature at the    12:05:24

16    employee signature line?

17       A.    Correct.

18       Q.    Had you read and understood the

19    code of conduct --

20       A.    Yes, I did.    12:05:29

21       Q.    -- that's dated 2003?

22       A.    Correct.

23       Q.    Next page is Bates labeled 326.  Do

24    you see where I am?

25       A.    Uh-huh.    12:05:43

Kimberly J. Belzer

87

1      Q.     Same sort of language at the top

2  regarding your understanding and reading of the

3  code of conduct, correct?

4      A.     Correct.

5      Q.     And is that your signature?          12:05:52

6      A.     Yes, it is.

7      Q.     The next page is Bates labeled 322?

8      A.     Uh-huh.

9      Q.     Is that your signature there?

10     A.     Yes.                                  12:06:02

11     Q.     And the same language there saying

12  that you read and understood it, the code of

13  conduct, and understood your responsibilities

14  under it?

15     A.     Yes.                                  12:06:11

16     Q.     And had you read and understood it?

17     A.     Yes.

18     Q.     And you knew where to ask questions

19  if you had any?

20     A.     Yes.                                  12:06:18

21     Q.     Did you ask any questions regarding

22  the code of conduct at any time during your

23  employment?

24     A.     I don't know if I would say that I

25  asked questions, but there were times that      12:06:29

Kimberly J. Belzer

88

1    everybody in that unit didn't abide by codes of

2    conduct.

3          Q.    Okay.   That's not my question.

4          A.    Okay.

5          Q.    This here says, "I have had the          12:06:40

6    opportunity to ask questions and/or know whom

7    to contact should I have any questions."   When

8    you reviewed the code of conduct, did you have

9    any questions that you needed to ask?

10         A.    No.
                                                          12:06:51
11         Q.    The final page is Bates labeled

12   313.   That's also a code of conduct

13   acknowledgment, correct?

14         A.    Correct.

15         Q.    It has the same language regarding      12:07:05

16   acknowledging your responsibilities under it

17   and having read it and understood it, correct?

18         A.    Correct.

19         Q.    Knowing what to do if you have any

20   questions, right?
                                                          12:07:14
21         A.    Correct.

22         Q.    I know that your employment -- you

23   were employed for a long time at Akron General.

24   I want to talk about who you reported to.   So

25   let's start with Judy Ezzie and kind of work         12:07:38

Kimberly J. Belzer

89

1    backwards and who you reported to and roughly

2    the years that you reported to them.

3         A.    Okay.

4         Q.    We'll start with Judy Ezzie.  When

5    did you begin reporting to Judy Ezzie?                12:07:51

6         A.    Whenever she started in labor and

7    delivery.

8         Q.    Okay.

9         A.    I don't know what time that was.

10        Q.    I believe it was roughly 2006.  Do      12:07:58

11   you have any reason to dispute that?

12        A.    I thought it was a little longer,

13   but if you say 2006, it's 2006.

14        Q.    I could be wrong.  Do you remember

15   when you started reporting to her?                    12:08:14

16        A.    No.

17        Q.    And you reported to her through the

18   end of your employment?

19        A.    Correct.

20        Q.    Who did you report to prior to Judy    12:08:21

21   Ezzie?

22        A.    That would have been Marilyn

23   Fellenstein.

24        Q.    How long did you report to Ms.

25   Fellenstein?                                          12:08:29

Kimberly J. Belzer

90

1       A.      I'm not sure.

2       Q.      Approximately?

3       A.      Probably eight, nine years,

4   somewhere in there.  Until she was terminated.

5       Q.      Who did you report to prior to Miss    12:08:43

6   Fellenstein?

7       A.      That would have been Jane Ragozine.

8       Q.      How long did you report to Ms.

9   Ragozine?

10      A.      I'm not sure.                           12:09:04

11      Q.      Approximately how long did you

12  report to her?

13      A.      Maybe five years.

14      Q.      Was there an interim director

15  in-between Ms. Fellenstein and Ms. Ezzie?        12:09:15

16      A.      There might have been.  I'm not

17  sure.  Judy used to be head nurse of 2400 then

18  she came to labor and delivery.

19      Q.      Not that you can recall?

20      A.      No.                                     12:09:32

21      Q.      Who did you report to prior to Ms.

22  Ragozine?

23      A.      That would have been Jane Watson.

24      Q.      How long did you report to Ms.

25  Watson?                                            12:09:40

91

1      A.    From the time I started until she
2   was -- she stepped down and Jane Ragozine took
3   over.  She was there then Jane came back,
4   worked in our unit as a staff nurse.
5      Q.    After she finished working as your      12:10:03
6   supervisor?
7      A.    She stepped down as the head nurse
8   and became a staff nurse.
9      Q.    So for the purposes of clarity, can
10  we call your supervisor the head nurse; is that  12:10:15
11  what you call them --
12     A.    That's what we used to, then
13  clinical director.  They just come up with
14  these names.
15     Q.    It's essentially the same position?   12:10:28
16     A.    Correct.
17     Q.    Did you enjoy working for Ms.
18  Watson?
19     A.    Did I enjoy working for Ms. Watson,
20  for the most part, yes, but I had a scenario, a   12:10:45
21  bad scenario with her and I had hard feelings
22  afterward.
23     Q.    What happened?
24     A.    I'm an adoptive mother.  Being an
25  adoptive mother, I went through a private          12:11:03

92

1    adoption and the patient ended up coming

2    through Akron General and Jane Watson almost

3    cost me not becoming a mother. She went into

4    the patient's room and said to her, next time

5    you make this count.                          12:11:21

6         Q.    What did she mean by that?

7         A.    Next time come back and keep your

8    baby, make it count.

9         Q.    How did you learn about that?

10        A.    How did I learn about it? The      12:11:37

11   attending doctor who delivered her, one of the

12   other nurses who worked there at that period of

13   time worked there and told me about it.

14        Q.    When was your daughter born?

15        A.    April 15th of 87.                   12:11:48

16        Q.    Did you complain to anyone

17   regarding that comment?

18        A.    No. I wanted to keep my job.

19        Q.    Did you think that Ms. Watson was

20   fair to her employees?                         12:12:06

21        A.    Somewhat, but she had her

22   favorites.

23        Q.    Were you one of her favorites?

24        A.    No.

25        Q.    Do you think that she harbored any  12:12:27

Kimberly J. Belzer

93

1    ill will toward you or was out to get you in
2    any way?
3         A.    Well, the scenario with my daughter
4    certainly didn't help matters any. That's for
5    sure. I think that was very inappropriate, her    12:12:42
6    to go into her biological mother's room and
7    make that kind of statement to her. I was
8    supposed to work that day --
9         Q.    But you didn't raise the issue with
10   anyone in management, correct?                     12:13:02
11        A.    No. I think the physician that
12   delivered her did. I think they had words.
13        Q.    That physician was who?
14        A.    Dr. Mary Kaforey.
15        Q.    Were you present when they had          12:13:17
16   words?
17        A.    No.
18        Q.    Describe your relationship with Ms.
19   Ragozine?
20        A.    I had a great relationship with         12:13:28
21   Jane Ragozine. She's a wonderful person and a
22   good nurse manager and she's now a nurse
23   practitioner.
24        Q.    Did you think that she was fair to
25   her employees?                                      12:13:44

Kimberly J. Belzer

94

1       A.    Yes, I do.

2            Q.    How about Miss Fellenstein,

3    describe your relationship with her.

4            A.    Marilyn was fair at times, but I

5    didn't feel that Marilyn cared for me,          12:14:02

6    especially with the scenario with me being

7    given a pink slip and she couldn't give me the

8    decency of a phone call, a letter, anything.

9    Then I had to go to p.m.'s.  I thought that was

10   very wrong on her part.  Certain people will    12:14:25

11   give people advance notices and such and I felt

12   like I was being treated very unfairly over

13   that.

14           Q.    When you say given the pink slip,

15   are you talking about the scenario where you    12:14:44

16   went out for surgery and came back and your job

17   had been eliminated?

18           A.    Right, because it was three days

19   after that -- it was a three-month period of

20   time.  I think I said to you earlier 30 days,   12:14:54

21   it was three days over the three-month period

22   of time that we had to come back and since then

23   they had changed the contract because of me

24   over that.  They now have to notify people to

25   send them a certified letter, phone call,       12:15:10

Kimberly J. Belzer

95

1  something, let them know that they're, you

2  know, getting towards the period of time that

3  they may lose their job.

4      Q.  You said that Ms. Fellenstein was

5  fair at times, but that pink slip situation    12:15:25

6  bothered you, correct?

7      A.  Yes.  And another situation with

8  Marilyn Fellenstein, she was terminated.  She

9  was tapping our phones at work and sent out a

10  note after the fact, sorry for any    12:15:45

11  inconvenience or bad feelings that people had.

12  And she was tapping the phones because

13  supposedly the doctors were complaining that

14  they tried to call and they couldn't get

15  through.  A lot of nurses take personal phone    12:16:00

16  calls at work, but that's the same time Debbie

17  Burkey left also, which was the VP of nursing.

18      Q.  Did you think that Ms. Fellenstein

19  had any ill will toward you?

20      A.  I didn't feel comfortable with her.   12:16:23

21      Q.  Why?

22      A.  I just didn't feel that she cared

23  for me.

24      Q.  Was it related to your age?

25      A.  I can't say for sure what it was   12:16:33

96

1    related to.

2         Q.      Any other incidents with Miss

3    Fellenstein?

4         A.      Not that I can think of right now.

5         Q.      Let's talk about Judy Ezzie.                    12:17:08

6         A.      Okay.

7         Q.      Describe your relationship with

8    Judy Ezzie.

9         A.      I basically -- when Judy first

10   started, I thought she was one of the best head     12:17:20

11   nurses I ever had.  And then there was a period

12   of time, and I don't know all the politics, we

13   never do know all the politics involved, but

14   there was a period of time when Dana Nelson

15   left and they were going to terminate Judy or       12:17:43

16   asked her to step down.  Something happened.

17   And that's when Diane Janish was the

18   vice-president of nursing and she came around

19   the unit and talked to all of us nurses about

20   how we felt about Judy and I remember sticking      12:17:58

21   up for Judy and saying that she's a good head

22   nurse --

23        Q.      Approximately when was this?

24        A.      I don't know.  Probably about two,

25   three years ago.                                    12:18:12

97

1      Q.    Okay.

2      A.    And we did state some of our

3    complaints with Judy with the people sitting

4    out at the unit and some people being charge

5    nurse and their licenses aren't in jeopardy        12:18:24

6    where other people's licenses are, and those

7    kind of things.  We had heard that Judy was

8    going to leave, but she ended up staying.  So I

9    don't know all the politics involved with that.

10      Q.    When Judy first started, you got       12:18:43

11    along with her.

12      A.    Yes.

13      Q.    Did you enjoy working for her

14    throughout the time that you were working for

15    her?                                              12:18:50

16      A.    No, I didn't.  Towards the last 25

17    plus years, always had good or satisfactory

18    evaluation and then the last three months just

19    things started happening.  It's like I'm

20    getting written up left and right; I'm walking   12:19:10

21    on pins and needles.  I would be staying in my

22    patient's room, taking care of them, staying

23    away from all of the politics and hullabaloo at

24    the desk and the residents, but every time I

25    turned around I was getting written up for       12:19:27

Kimberly J. Belzer

98

1  something. I remember even telling Judy, Judy,

2  you know, I'm really sorry if you feel I've

3  disappointed you.

4      Q.    Why did you say that?

5      A.    Why? Because I'm getting all these        12:19:39

6  write-ups and it made me feel that she wouldn't

7  have been writing me up if she wasn't

8  disappointed or upset. She wouldn't have

9  terminated me. All of a sudden something

10  happened, she was out for me.                       12:19:57

11          MS. LAWRENCE:  I'm going to take

12  quick break.

13          (Recess had.)

14              -   -   -   -   -

15          (Thereupon, Defendant's Deposition

16          Exhibit I was marked for purposes of

17          identification.)

18              -   -   -   -   -

19      Q.    Handing you a document that's been

20  marked Defendant's Exhibit I, can you identify    12:27:01

21  that document, please?

22      A.    Yes, it's one of my performance

23  reviews from Jane Ragozine in January of 1990.

24      Q.    And is that your signature on the

25  bottom?                                            12:27:19

99

1      A.      Yes, it is.

2      Q.      You probably may not recall that

3  far back, but would you have signed this after

4  reviewing this; is that how the procedure went?

5      A.      Yes.                                    12:27:31

6      Q.      And in the recommended improvements

7  box on the right it says, number 1, "Improve

8  relationships with patients and staff.

9  Sometimes comes across harsh."  Correct?

10     A.      That's what it says.                    12:27:44

11     Q.      Number 3, "Relax.  Tends to become

12 impatient with a busy board."

13     A.      That's what it says.

14     Q.      Those are recommended improvements

15 from Jane Ragozine?                                  12:28:01

16     A.      Correct.

17               -  -  -  -  -

18               (Thereupon, Defendant's Deposition

19               Exhibit J was marked for purposes of

20               identification.)

21               -  -  -  -  -

22     Q.      Directing your attention to a

23 document marked Defendant's Exhibit J, after

24 you've had an opportunity to review it, can you

25 please identify Exhibit J?                           12:28:30

Kimberly J. Belzer

100

1      A.    Exhibit J?

2      Q.    Yes.

3      A.    Okay.  This is my performance

4    review.

5      Q.    It looks like Exhibit J, the way      12:28:55

6    that I have it, is two separate performance

7    reviews.  This might be a mistake.

8             On page 2, which is Bates stamp

9    410, there's a signature, correct?

10     A.    Correct.                              12:29:26

11     Q.    That's dated 1992?

12     A.    Correct.

13     Q.    And then on the last page there's

14   another signature and that's dated 1991,

15   correct?                                      12:29:38

16     A.    What was the question?

17     Q.    The last page of the document

18   there's another signature page?

19     A.    Correct.

20     Q.    And that's dated 1991, correct?       12:29:49

21     A.    Looks like it's the same thing.  I

22   think there's two copies of the same evaluation

23   here.

24     Q.    Okay.  Let's look at the last page

25   then.                                         12:30:10

Kimberly J. Belzer

101

1        A.    They're both the same, 416 --

2        Q.    The final page 416.  That's my

3   mistake on the copying.  I apologize.

4        A.    If that's the worst you do, you've

5   got it made in the shade.                    12:30:26

6        Q.    And Jane Ragozine's signature is on

7   the bottom, right?

8        A.    Correct.

9        Q.    Your signature does not appear on

10  here.  Do you know why?                       12:30:37

11       A.    No, I don't.

12            MR. MYERS:  It's on page 2 of the

13  exhibit.  They're identical pages without a

14  signature, signed in 92.

15            MS. VAN DUSER:  I'm guessing Jane   12:30:56

16  Ragozine sent the first one through without a

17  signature.  Wasn't that around the time she had

18  her twins?

19            THE WITNESS:  Probably.  Whatever.

20       Q.    Then because your signature is on  12:31:06

21  the first page, let's look at that.

22            MS. VAN DUSER:  I think she

23  probably did them earlier before she went out,

24  then someone else must have served them, is my

25  guess.                                        12:31:17

Kimberly J. Belzer

102

1          **THE WITNESS:**  I think that was a

2    good possibility.

3          Q.    Then it says next level signature,

4    do you recognize that signature?

5          A.    That's not Norma Thoman, is it?          12:31:24

6    That's Norma Thoman's.  Pretty good.  Not too

7    shabby there.

8          Q.    And in this supervisor's comments

9    she's talking about a lot of stress that you've

10   experienced in the past year?                       12:31:46

11         A.    Uh-huh.

12         Q.    And that the staff has been most

13   supportive.  Do you see where I'm referring?

14         A.    "Kim has experienced a lot of

15   stress this year in her personal life as well       12:31:57

16   as illness, more than most in a given year.

17   The staff has been most supportive.  There are

18   other avenues for her to explore if she

19   desires."  Yes, I see it.

20         Q.    Then it says CARES, C A R E S?          12:32:12

21         A.    Yes.

22         Q.    What is CARES?

23         A.    It's like a program that if you

24   want to go talk to a counselor or somebody,

25   they offer you that program.                        12:32:20

Kimberly J. Belzer

103

1  **Q.** So she was suggesting that you go

2 to that if you needed it?

3  **A.** She was just giving me that option

4 if I so wanted it.

5  **Q.** Then on number 6 of the supervisors 12:32:35

6 comments, she says that you don't seem to enjoy

7 your job. You complain frequently and appear

8 stressed and tired. Do you see that?

9  **A.** Yes, I do.

10  **Q.** Did you do anything to improve your 12:32:49

11 attitude after receiving this performance

12 evaluation?

13   **MR. MYERS:** Objection. Go ahead

14 and answer.

15  **A.** I went to see a counselor. My 12:33:07

16 mother was dying of breast cancer and my

17 husband left after 17 years of marriage and I

18 had a five year old by myself. And I was

19 exposed to an HIV positive person that I got

20 her urine, and one of my cuts -- I had rubber 12:33:23

21 gloves on and I went to take the rubber gloves

22 off and a drop of the urine was there, it went

23 in the cut. Yeah, it was quite a stressful

24 year. I was taking care of my mother all by

25 myself. 12:33:39

104

1      Q.    Okay.

2         A.    So I went to -- I don't know if I

3    went to see a counselor at that period of time

4    or not.  I can't say for sure.

5         Q.    Okay.                              12:33:50

6         A.    Because that was 92.  When did

7    my -- okay.

8                    - - - - -

9                 (Thereupon, Defendant's Deposition

10                Exhibit K was marked for purposes of  12:34:13

11                identification.)

12                    - - - - -

13        Q.    Placing a document in front of you

14   that's marked as Defendant's Exhibit K, once

15   you have an opportunity to review that          12:34:24

16   document, can you please identify it?

17        A.    It's a performance evaluation for

18   95.

19        Q.    On the last page of that document,

20   is that your signature on the last page?        12:34:48

21        A.    Correct.

22        Q.    Signature below that, who is that?

23        A.    Marilyn Fellenstein.

24        Q.    Was she your supervisor at the

25   time?                                           12:34:56

Kimberly J. Belzer

105

1     A.   Yes.

2     Q.   Now, there's a series of numerical

3  rankings on this form. At the top there's a

4  key. It looks like, 1, needs major

5  improvement, 2 means needs improvement, 3,   12:35:14

6  meets job requirements, 4, exceeds job

7  requirements, 5, greatly exceeds job

8  requirements. Do you see where I'm referring?

9     A.   Uh-huh.

10     Q.   Turn to the second page, which is   12:35:26

11  Bates label 398, please. Section E, patient

12  care activities, are you there?

13     A.   Yes, I am.

14     Q.   Number 2 is "Demonstrates

15  flexibility in providing care as individual   12:35:40

16  patient care needs change." You were ranked a

17  2.5 there, correct?

18     A.   Correct.

19     Q.   Number 4, "Collaborates with other

20  healthcare team members to coordinate medical   12:35:51

21  and nursing management of patient care." You

22  were ranked a 2 there, correct?

23     A.   Correct.

24     Q.   Number 6 -- and 2 means needs

25  improvement, correct?   12:36:06

106

1          A.     Correct.

2          Q.     And number 6 which is on page 399

3    of section E, "Establishes effective

4    interpersonal relationships that are indicative

5    of customer service philosophy and caring          12:36:25

6    standards of practice with patients' family and

7    other healthcare team members/employees."  You

8    were ranked a 2.5 there, right?

9          A.     Correct.

10         Q.     On the next page, "Bates labeled       12:36:38

11   400, Demonstrates professional behavior that

12   reflects positively upon the medical center"

13   and then it's "Consistent with customer service

14   philosophy and caring standards of practice."

15   You were ranked a 2.5 there, correct?              12:36:52

16         A.     Correct.

17         Q.     And you did not receive any 4 or 5

18   rankings on this performance evaluation,

19   correct?

20         A.     They don't give out 4s or 5s.         12:37:09

21         Q.     You didn't receive any 4s or 5s on

22   this?

23         A.     I didn't.  I don't think I know

24   anybody else has in my unit.  They don't give

25   out 4s or 5s.                                      12:37:21

Kimberly J. Belzer

107

1          Q.     Okay.   Recommended improvements on

2     page Bates label 401, number 3, tells you to

3     "Continue to improve on interpersonal skills

4     particularly with members of other

5     disciplines," correct?                          12:37:37

6          A.     Correct.

7          Q.     And it also says, number 4, "Raise

8     awareness of effect of personal life issues on

9     work performance and work setting

10    relationships."  Correct?                        12:37:48

11         A.     That's what it says.

12         Q.     What did you take that to mean?

13         A.     I took that to mean -- let's see,

14    what year was this again?  I took that to mean

15    that Marilyn must have felt that some of my      12:38:07

16    personal -- something personal in my life was

17    interfering with my work performance or

18    work-setting relationships.

19         Q.     Okay.   Then there's a developmental

20    plan below that.  Do you see where I'm           12:38:30

21    referring still on page 401?

22         A.     Yes.

23         Q.     Number 3 suggests that you

24    "Maintain support system for personal issues so

25    that these do not impact work performance and    12:38:40

Kimberly J. Belzer

108

1    professional interactions with patients and

2    families."  Correct?

3        A.    Yes.

4        Q.    Then it says at number 4, the

5    director is going to -- "Director to assist        12:38:51

6    with above plan as needed."  Right?

7        A.    Right.  She said I could come talk

8    to her whenever I wanted.

9        Q.    Did you take her up on that?

10       A.    Oh, there were times I would talk        12:39:02

11   to Marilyn, sure.

12             We're not going to talk about the

13   other page here?

14             MR. MYERS:  She gets to ask the

15   questions.  Your job is to do the rest.            12:39:27

16                 -  -  -  -  -

17             (Thereupon, Defendant's Deposition

18             Exhibit L was marked for purposes of

19             identification.)

20                 -  -  -  -  -                         12:39:58

21       Q.    Handing you what's been marked

22   Defendant's Exhibit L, please take a minute to

23   review Exhibit L and when you're finished,

24   please identify it.

25       A.    It's the review performance            12:40:47

Kimberly J. Belzer

109

1    evaluation for 97.

2         Q.    Turning to the last page, which is

3    Bates labeled 384, is that your signature?

4         A.    Yes, it is.

5         Q.    Also Marilyn Fellenstein below it?    12:41:07

6         A.    Correct.

7         Q.    So she was your supervisor at that

8    time?

9         A.    Correct.

10        Q.    Directing your attention to the       12:41:13

11   second last page, recommended improvements

12   section, she told you that you need to work on

13   allowing personal issues to affect work

14   performance and interpersonal relationships in

15   the workplace.  "Kim at times finds it           12:41:32

16   difficult to do this."  Did you see where I'm

17   referring?

18        A.    I see it.

19        Q.    Do you recall receiving this

20   evaluation?
                                                       12:41:43
21        A.    I signed it; I received it.

22        Q.    On the development plan section,

23   which is below the recommended improvements on

24   page 383, number 2, "Identify with

25   director/clinical matter personal issues or      12:42:00

110

1    social dynamics in the unit which may interfere

2    with successful performance on a given day."

3    Correct?

4          A.      That's what it says.

5          Q.      Then the supervisor's comment          12:42:12

6    section on the next page, 384, in the middle of

7    the page she tells you that "Kim's

8    interpersonal style is often not well received

9    by others.  However, Kim makes every effort to

10   communicate effectively.  The manner in which    12:42:34

11   she may be perceived by others is often a

12   result of the group norm in the unit.

13   Nevertheless, Kim should continue to explore

14   strategies for interacting with any group of

15   peers on a given day so that patient care       12:42:53

16   proceeds smoothly and so she can be effective

17   when assigned the charge nurse role."  Do you

18   see where I'm referring to?

19         A.      Yes, I do.

20         Q.      Then there's a section for employee  12:43:06

21   comments, correct?

22         A.      Uh-huh.

23         Q.      You did not make any comments?

24         A.      There's none there, so I didn't

25   make any comments.                               12:43:17

Kimberly J. Belzer

111

1        Q.     Did you agree with this assessment

2    of you?

3        A.     What, because I didn't make any

4    comments?  No.  I'm looking at the rest of the

5    statement that says, "Thank you, Kim, for your        12:43:33

6    caring and hard work this past year" and some

7    of the positive things, instead of looking at

8    negative things.

9        Q.     So you decided not to consider the

10   constructive part of it?                              12:43:45

11           MR. MYERS:  Objection.

12       A.     No, I consider all of it, but --

13           MR. MYERS:  She gets to ask the

14   questions she wants.  She can ask whatever she

15   wants.  She doesn't have to ask about the good,      12:43:56

16   the bad, the ugly.  Whatever she wants.  The

17   document speaks for itself.  Just so you know

18   that, Kim.

19           THE WITNESS:  Yes.

20       Q.     Did you do anything at that time to        12:44:05

21   improve your interpersonal style?

22       A.     I don't know what you mean.

23       Q.     In the document your supervisor is

24   telling you your interpersonal style is not

25   well received by others.  Did you do anything         12:44:29

Kimberly J. Belzer

112

1    to improve that after you received the

2    evaluation?

3          A.    Not that I'm aware of.

4                 -  -  -  -  -

5                (Thereupon, Defendant's Deposition

6                Exhibit M was marked for purposes of

7                identification.)

8                 -  -  -  -  -

9          Q.    Handing you a document which has

10   been marked Defendant's Exhibit M, please take     12:45:04

11   a moment to review it and when you're finished

12   reviewing it, please identify it.

13         A.    Performance review from 98.

14         Q.    Turning to the last page, which is

15   Bates labeled 374, is that your signature on      12:46:00

16   the bottom?

17         A.    Yes, it is.

18         Q.    Then supervisor's comments -- I'm

19   sorry, let me back up.

20                Marilyn Fellenstein's signature is     12:46:23

21   below your signature?

22         A.    Correct.

23         Q.    Would that indicate she's your

24   supervisor at that time?

25         A.    Correct.                               12:46:31

Kimberly J. Belzer

113

1     Q.     In the supervisor's comments about

2  two-thirds of the way down, she says, "Kim has

3  the potential for achieving higher performance

4  scores than these documented in this

5  evaluation.  She's encouraged to work              12:46:44

6  constructively with the director and clinical

7  manager to improve performance related to

8  communication, work assignment and role as

9  resource nurse to less experienced staff

10 members."  Do you see where I'm referring?         12:46:58

11     A.     Yes.

12     Q.     Did you work with the director and

13 clinical manager to improve your performance

14 related to communication, work assignment or

15 your role as a resource nurse after you          12:47:10

16 received this evaluation?

17     A.     No.  If I needed to talk to the

18 director, I would go talk to her.  If she

19 needed to talk to me, she'd talk to me.

20     Q.     So the answer is no?

21     A.     Could you repeat the question          12:47:26

22 please?

23          MS. LAWRENCE:  Can you read back

24 the question.

25          (Record read.)                           12:47:51

Kimberly J. Belzer

114

1      A.      If there were any communication or

2      issues, I would talk to my head nurse about it.

3      I don't remember any other issues after this

4      evaluation.

5            Q.      Then there's an employee's comment          12:48:09

6      section?

7            A.      Uh-huh.

8            Q.      This is your handwriting?

9            A.      Yes, it is.

10           Q.      "Hopefully the rest of the year          12:48:16

11     will allow my positive attributes to shine and

12     will be an asset to this unit," correct?

13           A.      Correct.

14           Q.      Why did you put that there?

15           A.      As it states up further, it says,        12:48:24

16     "Kim has had a challenging year both personally

17     and professionally."  This was the year that my

18     48 year old brother died of stomach cancer and

19     I took care of him by myself.

20           Q.      Okay.  So that was what you were          12:48:43

21     referring to in the employee comments section?

22           A.      Correct.

23                        -  -  -  -  -

24                (Thereupon, Defendant's Deposition

25                Exhibit N was marked for purposes of        12:49:03

115

1          identification.)

2                  - - - - -

3      Q.    Handing you a document marked

4  Exhibit N, could you please review Exhibit N

5  and when you're finished, identify it, please.    12:49:37

6      A.    Performance review employee

7  evaluation of 99.

8      Q.    Turning your attention to the

9  second to last page, which is numbers 363, is

10  that your signature on 363?                    12:50:22

11      A.    Yes, it is.

12      Q.    That's Marilyn Fellenstein's below

13  it, correct?

14      A.    Correct.

15      Q.    That would indicate that she's your   12:50:29

16  supervisor at that time, correct?

17      A.    Correct.

18      Q.    And in the supervisor comments of

19  this review, Miss Fellenstein says that you're

20  continuing to work on communications,          12:50:42

21  particularly nurse/patient communications,

22  right?  Do you see where I'm referring?

23      A.    Correct.

24      Q.    And the last sentence she says,

25  "Overall Kim appears to be connecting better,   12:50:59

Kimberly J. Belzer

116

1    to use Kim's words, between her personal and
2    professional issues."  What did she mean by
3    that?
4              MR. MYERS:  Objection.  Go ahead
5    and answer.                                    12:51:30
6         A.    I don't know.  We were sitting
7    there having a conversation.  I don't know what
8    part of the conversation this came from.
9         Q.    Okay.  And you had the opportunity
10   to provide comments on that page as well,       12:51:42
11   right?
12        A.    Correct.
13        Q.    You said you were pleased with your
14   overall improved evaluation and plan on
15   continuing improvement.  Right?                 12:51:51
16        A.    I always try to do better.
17        Q.    Sure.
18        A.    That's what we all should do.
19        Q.    And so you believed that this
20   evaluation was an improvement from the year     12:52:02
21   before, right?
22        A.    If Marilyn says it's an
23   improvement, I guess it's an improvement.  I
24   try to better myself every day on what I do.
25        Q.    When you reported to the head nurse  12:52:12

117

1  or the director, although that term is used

2  interchangeably, correct?

3      A.    Correct.

4      Q.    Who does the head nurse or director

5  report to, do you know?                    12:52:37

6      A.    VP of nursing.

7      Q.    Who does the VP of nursing report

8  to?

9      A.    Somebody above her, but I don't

10 know her title.  They change titles all the    12:53:13

11 time, give somebody a new name.

12              - - - - -

13              (Thereupon, Defendant's Deposition

14              Exhibit O was marked for purposes of

15              identification.)

16              - - - - -

17     Q.    Handing you a document that's been

18 marked Defendant's Exhibit O, please review

19 Exhibit O and when you're finished reviewing

20 it, identify it.                          12:54:02

21     A.    Evaluation of performance from 01.

22     Q.    Again, Marilyn -- turning to the

23 last page, that's your signature on the last

24 page?

25     A.    Correct.                        12:54:35

Kimberly J. Belzer

118

1    Q.    And Marilyn Fellenstein signs as

2    your supervisor?

3    A.    Correct.

4    Q.    On the second to last page,

5    recommended improvements, she writes,        12:54:50

6    "Establish balance in relationships with peers,

7    other staff members, patients and families,

8    specifically in how concern and caring are

9    actualized and extended to others."  Do you see

10   where she wrote that?                          12:55:11

11   A.    Yes.

12   Q.    Then she writes --

13   A.    Oh, okay.

14   Q.    "Listen more, use dialogue less,

15   during the assessment of patient/family        12:55:25

16   situations and unit operational situations in

17   which you are involved."  Do you see where

18   she's written that?

19   A.    Yes.

20   Q.    "Elicit feedback" -- I'm sorry,           12:55:36

21   developmental plan, which is the next section,

22   "Elicit feedback from peers on personal

23   reaction and response to unit situations."  Do

24   you see that?

25   A.    Yes.                                      12:55:46

Kimberly J. Belzer

119

1       Q.      What did she mean by that?  What
2   did you interpret that to mean?
3       A.      Talk to some of my peers about if
4   there's any kind of situations about how we all
5   respond and interact with each other.  She's       12:56:06
6   encouraging me to give feedback.  I'm sure she
7   probably wrote this on other people's
8   evaluations also.
9       Q.      Let's talk specifically about your
10  evaluation.  She's telling you to "Elicit          12:56:20
11  feedback from peers on personal reaction in
12  response."  Did you take that to mean your
13  reaction or other people's reaction?
14      A.      I think it could be both.
15      Q.      Okay.  Next page, supervisor's          12:56:33
16  comments, "Kim has an excellent opportunity to
17  increase her effectiveness, both as a direct
18  care provider of nursing services and a unit
19  coordinator, by taking more time to observe,
20  listen, and analyze situations and by asking       12:56:49
21  the questions how are my behaviors and verbal
22  interactions perceived by others."  Do you see
23  where she wrote that?
24      A.      Yes, I do.
25      Q.      Do you recall receiving this            12:57:01

120

```
1    evaluation?

2         A.    Yes, I do.

3         Q.    You provided comments as well,

4    correct?

5         A.    Yes, I did.                          12:57:08

6         Q.    And what, if anything, did you do

7    to increase your effectiveness, analyze

8    situations or ask how your communications were

9    being perceived by others?

10        A.    Asked people their thoughts and     12:57:29

11   listened to what they had to say.

12        Q.    Anything else?

13        A.    Not that I can think of.

14                    -  ~  ~  -  -

15               (Thereupon, Defendant's Deposition

16               Exhibit P was marked for purposes of

17               identification.)

18                    ~  -  -  -  ~

19        Q.    Handing you a document that's been

20   marked Defendant's Exhibit P, can you please     12:58:27

21   review Exhibit P and when you're finished

22   identify it?

23        A.    Evaluation for 03.

24        Q.    Second to last page, is that your

25   signature?                                       13:00:53
```

Kimberly J. Belzer

121

1      A.    Yes, it is.

2      Q.    And that's Miss Fellenstein's

3  signature below it, correct?

4            MR. MYERS:   Third to last page.

5      A.    Third to last page?                    13:01:10

6      Q.    Okay.  Third to last page.  I

7  apologize.  On the second to last page, which

8  is Belzer 163, directing your attention there,

9  Ms. Fellenstein writes that you should work on

10 individualizing your approach to patient care    13:01:47

11 by listening and analyzing what's going on in

12 patient setting.  Then she says, "Kim's

13 communication and interpersonal style sometimes

14 diminishes her effectiveness.  Her high level

15 of experience and understanding of the          13:02:01

16 childbirth process is often not appreciated by

17 peers and coworkers because of this.  Kim is

18 advised to work on listening skills and

19 increasing the use of reflective techniques

20 when she's working with patients and families."  13:02:11

21 Correct?

22     A.    Yes.

23     Q.    That was under Miss Fellenstein,

24 correct?

25     A.    Correct.                               13:02:17

                                                                    122
1          Q.    And then you had the opportunity to
2     provide comments.  And you did, right?
3          A.    Yes, I did.
4          Q.    You would agree with me that based
5     on these evaluations, you were given a lot of     13:02:36
6     indications that you needed to work on your
7     interpersonal skills with patients, staff and
8     coworkers, correct?
9          A.    I received that and I feel there
10    were probably many others that received that      13:02:52
11    too.  We all can improve on our interpersonal
12    skills and our communications.
13         Q.    So you would agree with me that
14    this was something that is present in a lot of
15    your evaluations over the years, correct?          13:03:07
16         A.    It's been there, yes.  But I think
17    it's probably a standardized thing that they
18    use.
19         Q.    Did you ever raise any objections
20    to this feedback related to your interpersonal    13:03:19
21    communications?
22               MR. MYERS:  Objection.
23         A.    Only what I wrote on my employee
24    comments.
25         Q.    So other than what was written in      13:03:30

Kimberly J. Belzer

123

1    the employee comments, did you ever make any

2    other complaints about this feedback that you

3    needed to improve your interpersonal

4    communications?

5         A.    No, I didn't.                          13:03:39

6         Q.    Did you believe that this feedback

7    was related to your age?

8              MR. MYERS:  Objection.  Go ahead

9    and answer.

10        A.    I basically feel that some of these  13:03:53

11   comments were generic for a lot of other

12   people, but I also think that sometimes

13   people -- rephrase that question, please.  Will

14   you restate the question, please?

15        Q.    Did you think that your             13:04:19

16   supervisor's comments in your evaluations that

17   we just reviewed related to your need to

18   improve intercommunications with staff, family

19   members, and patients, was related to your age?

20             MR. MYERS:  Object.  You can go      13:04:36

21   ahead and answer.

22        A.    Could have been related to my age.

23   Could not.  I don't know.

24        Q.    Do you believe one way or the

25   other?                                         13:05:12

Kimberly J. Belzer

124

1    A.    I'm not real sure.

2    Q.    Okay.  Do you believe that the

3  comments from your supervisors related to your

4  interpersonal communications and your need to

5  improve was related to a disability that you          13:05:26

6  claim to have had?

7         MR. MYERS:  Objection.  Go ahead

8  and answer.

9    A.    I don't know what kind of

10  disability you're referring to.                        13:05:35

11    Q.    Do you believe that the comments

12  that you need to improve your interpersonal

13  skills -- strike that.

14         Do you believe that the supervisor

15  comments related to your need to improve your          13:05:47

16  interpersonal skills had anything to do with

17  any medical condition that you have or claim to

18  have?

19         MR. MYERS:  Objection.  Go ahead

20  and answer.                                            13:05:58

21    A.    No, I don't think it has to do with

22  any -- I don't have a medical condition that

23  would require me -- I don't know what you're

24  trying to get at.

25    Q.    I want to make sure that you          13:06:11

8    Q.    Let me stop you.  Let's focus on

9  the evaluations that we just went over.  We

126

1    evaluations had anything to do with any medical
2    condition that you have?
3            MR. MYERS:  Objection.  Go ahead
4    and answer.
5        A.    I don't have a medical condition,      13:07:12
6    but I feel that some of the people that I have
7    worked with and I've heard comments that some
8    people thought that I was bipolar.
9        Q.    I certainly want to talk about
10   that.  I'm asking you does that relate in any     13:07:30
11   way to the evaluations that we just talked
12   about?
13       A.    They might have gone in and talked
14   to her and she decided to put these in the
15   evaluations.  Maybe they thought I was bipolar.  13:07:38
16   I don't know.
17       Q.    Did Miss Fellenstein ever give you
18   any indication that she thought you were
19   bipolar?
20       A.    Nobody ever gave any direct            13:07:48
21   indications that they thought I was bipolar,
22   especially my management.  But it makes you
23   think they think I've got issues or problems.
24   I don't know if some people can't appreciate or
25   can't understand the way that I communicate.  I  13:08:04

Kimberly J. Belzer

127

1  don't know whether sometimes if it's my tone,

2  my flexion of voice, anything I might say, but

3  people can take things and perceive them in the

4  wrong ways.

5          Does that answer your question?          13:08:23

6      Q.    So Marilyn Fellenstein never gave

7  you any direct indication that she thought you

8  were bipolar?

9      A.    Nobody ever said the word "bipolar"

10  to me.  I know some of the other nurses in the   13:08:34

11  units have said it.

12     Q.    Please answer my question.

13     A.    I found out and heard about it

14  afterwards, but not Marilyn Fellenstein, that I

15  am aware of.                                      13:08:49

16     Q.    How about Jane Ragozine, did she

17  ever make any comments to you that made you

18  think -- let me strike that.

19          Did Jane Ragozine ever make any

20  comments to you that would indicate that she     13:09:10

21  thought you were bipolar?

22     A.    No.

23     Q.    Did Marilyn Fellenstein ever make

24  any comments to you that would indicate that

25  she thought you had any sort of disability?      13:09:24

Kimberly J. Belzer

                                                          128
1                MR. MYERS:  Objection.  Go ahead
2   and answer.
3        A.   No.
4        Q.   Same question for Jane Ragozine.
5   Did she ever make any comments to you that        13:09:39
6   would indicate that you had any sort of
7   disability?
8        A.   No.
9                MS. LAWRENCE:  Let's go off the
10  record a second.                                  13:09:52
11               (Discussion off record.)
12               (Lunch recess taken.)
13                    - - - - -
14
15
16
17
18
19
20
21
22
23
24
25

Kimberly J. Belzer

129

1            AFTERNOON SESSION

2      CONTINUED EXAMINATION OF KIMBERLY J. BELZER

3    BY MR. LAWRENCE:

4         Q.    After Marilyn Fellenstein you

5    reported to Judy Ezzie, correct?                    14:06:12

6         A.    Correct.

7         Q.    Did you enjoy working with Ms.

8    Ezzie?

9         A.    For the most part.

10        Q.    Describe your working relationship.    14:06:25

11        A.    In the beginning up until about the

12   last three or four months, I could always go in

13   Judy's office, talk to her.  She told me that I

14   could.  But when it got towards the tail end

15   there, I was seeing that I was getting written    14:06:44

16   up constantly and something was going on and I

17   didn't go approach her to talk to her anymore.

18        Q.    So something changed within the

19   last three to four months of your employment?

20        A.    As far as feeling comfortable        14:07:01

21   enough to go talk to Judy about things.

22        Q.    Do you know why your relationship

23   with her changed?

24        A.    I don't have the slightest idea.

25        Q.    Other than the write-ups, did Judy    14:07:21

Kimberly J. Belzer

130

1   saying anything to you that would lead you to

2   believe your relationship changed within the

3   last three to four months of your employment?

4        A.    I don't remember what was said, but

5   I know I went in her room and she just was          14:07:33

6   yelling at me.

7        Q.    What was she yelling at you about?

8        A.    Something about, Kim, I'm getting

9   tired of this.

10       Q.    What was she getting tired of?        14:07:41

11       A.    Me being in her office and being

12  written up.

13       Q.    She was getting tired of

14  disciplining you?

15       A.    She said she was getting tired of      14:07:50

16  this.  I don't know what she meant or referred

17  to, whether it was writing me up or she just

18  said she's getting tired of it.  She was

19  yelling at me.  It's like, it was like a person

20  that I didn't know.                                14:08:04

21       Q.    So she seemed upset?

22       A.    Yeah.

23       Q.    Prior to the last three to four

24  months, you had no problems whatsoever with

25  her?                                               14:08:17

Kimberly J. Belzer

131

```
 1        A.     I can't say whatsoever.  I would go
 2    and talk to Judy about situations or incidents
 3    with coworkers or situations and she just kind
 4    of listened, not have too much to say.  Just
 5    felt like she wasn't doing anything about it.      14:08:35
 6        Q.     Wasn't doing anything about what?
 7        A.     Some of the situations and problems
 8    that were going on.
 9        Q.     We've talked about some of those
10    situations today already, so I don't want to      14:08:52
11    belabor the point, but is there anything, other
12    than what you've told me, other situations that
13    you brought to Judy Ezzie that you haven't told
14    me about yet?
15        A.     I know there was one time with         14:09:08
16    Tracie Woods that I had told Judy, I said,
17    nothing good or nice comes out of that girl's
18    mouth.  And it's very hard to work with
19    somebody when all you hear is negative.  It's
20    just making comments about other people, other    14:09:24
21    nurses there at work, derogatory comments.
22    I've even heard out of her and some of the
23    other people making comments about patients.
24        Q.     What derogatory comments did Tracie
25    Woods make?                                        14:09:47
```

132

1      A.      I'm trying to think of specifics.

2    I remember hearing about her and Nan both were

3    talking about Michelle Stewart, who is

4    Dr. Stewart's wife, the perinatologist, that

5    recently they had twins and they adopted a boy      14:10:27

6    and going around, making comments she shouldn't

7    be getting another baby, they can't take care

8    of the ones they've got.  The kids still sleep

9    in bed with them at night and they're still on

10   sippy cups, just making comments about other        14:10:41

11   people's personal lives that they really had no

12   business talking about in a group.  People can

13   have their opinions, but you keep it to

14   yourselves.

15      Q.      Any other comments by Tracie Woods        14:10:59

16   that are derogatory?

17      A.      A lot of different comments on my

18   weekend and stuff.  I can't think of any right

19   now.  I'll try to think about more of them.

20           I tried to tune myself out of a lot         14:11:13

21   of negativity and stay away from it.

22      Q.      Sure.  How about who made comments

23   about patients?

24      A.      I've heard almost everybody make

25   comments about patients.  Oh, did you see who       14:11:28

133

1   she is with?  Oh, my God, her husband is 40

2   years older than she is, or just, you know,

3   derogatory comments that people shouldn't be

4   making about other people.

5           Q.    Who said that?                      14:11:42

6           A.    I don't remember for sure who said

7   it.

8           Q.    Any other comments about patients?

9           A.    About patients, no.  But I remember

10  somebody made a comment about Dr. Lengyel's       14:12:13

11  husband that he has psychiatric issues and that

12  he was back in the fishbowl sitting back there

13  waiting for his wife to do a delivery and

14  somebody complained about that and they

15  wouldn't let him come back again.  She           14:12:30

16  wanted --

17          Q.    Who is this?

18          A.    Dr. Lengyel, L E N G Y E L.  She

19  doesn't come to general, I don't think, much

20  anymore.                                          14:12:42

21          Q.    Her husband is not a doctor?

22          A.    Huh-uh.  It got back to her and she

23  even called me at home and wanted me to help

24  her out.  And I told her right then at that

25  period of time my husband was newly diagnosed    14:12:57

134

1    with MS and I don't need to be given a hard

2    time.  If I go help you, I know something bad

3    will come out of it.

4         Q.    Were you present when the comment

5    was made regarding Dr. Lengyel's husband?        14:13:16

6         A.    Yes.

7         Q.    Where were you?

8         A.    At the nurses' station.

9         Q.    Who made the comment?

10        A.    Michelle Stewart and, oh, gee, he's    14:13:33

11   now left, he's not a resident anymore.  Thomas,

12   Dr. Thomas.  I forget his first name.

13        Q.    Michelle Stewart is an RN?

14        A.    Uh-huh.

15        Q.    Who made the comment, Michelle        14:13:50

16   Stewart or Dr. Thomas?

17        A.    Dr. Thomas.

18        Q.    When was that?

19        A.    Three, four years ago.  So after

20   all that happened they wouldn't let Dr.          14:14:07

21   Lengyel's husband come back.  And then when I

22   wouldn't help her out, she told me, because I

23   was a patient of hers, that she wouldn't see me

24   anymore and then if I wanted my medical

25   records, I'd have to pay for them.               14:14:20

135

1      Q.     That's -- you saw Dr. Lengyel three

2  to four years ago?

3      A.     I was a patient of hers for years.

4  I haven't seen an OB-GYN since.  Because she

5  was mad at me because I wouldn't help her out.      14:14:38

6  Because I got to work with these nurses and

7  doctors and they can make my life hell.

8      Q.     Was anyone else present when the

9  comment was made?

10     A.     Oh, I'm sure there was, but I don't     14:14:57

11  remember who they were.

12     Q.     You don't have a recollection of

13  anyone?

14     A.     No.  There's always comments made

15  with always a bunch of people around and we're     14:15:08

16  talking years and years and years and years

17  ago.  I can't remember who said what all the

18  time, do you know what I'm saying, or who was

19  present when who said what.  There's been a lot

20  of -- hospital is a Peyton Place.                 14:15:24

21     Q.     So three to four months prior to

22  your termination, how would you describe --

23  characterize your relationship with Judy Ezzie?

24     A.     I'd say it was fair to good.

25     Q.     Did you think at that time that she   14:15:46

136

1  harbored any ill will toward you?

2       A.    No, I didn't think it was, but

3  after that period of time, the last three or

4  four months, there was definitely some ill

5  feeling or ill -- enough to the point that she        14:15:58

6  felt she had to terminate my employment.  No

7  patient harm had ever come to anyone under my

8  care, but for some reason she wanted me gone.

9                    -   -   -   -   -

10                (Thereupon, Defendant's Deposition

11                Exhibit Q was marked for purposes of

12                identification.)

13                    -   -   -   -   -

14       Q.    Handing you a document that's

15  marked Defendant's Exhibit Q, please review        14:16:23

16  that document and when you're finished,

17  identify it.

18       A.    My evaluation from 06.

19       Q.    Referring to the last page, Bates

20  labeled 267, is that your signature at the        14:17:16

21  bottom?

22       A.    Yes.

23       Q.    And is that Miss Ezzie's signature

24  as well?

25       A.    Yes.        14:17:25

137

1      Q.      It acknowledges you reviewed the

2    contents with your supervisor, correct?   That's

3    what the writing above your signature says?

4      A.      That I received it in a timely

5    manner.                                          14:17:37

6      Q.      "I acknowledge I reviewed the

7    contents of this appraisal with my supervisor?"

8      A.      Oh, yes.

9      Q.      Do you recall reviewing this with

10   your supervisor?                                 14:17:42

11     A.      Yes.

12     Q.      Turn to page Bates label 262,

13   please.

14     A.      Okay.

15     Q.      Patients First is the first          14:17:57

16   section.   "Demonstrates actions and behaviors

17   that place patient needs at the core of all

18   decisions, functions and actions.

19          Exhibits an understanding of how

20   individual departmental and organizational      14:18:11

21   performance impacts patient care.

22          Anticipates, recognizes and

23   responds to patient needs in a caring and

24   compassionate manner, and contributes to a

25   safe, supportive and positive patient           14:18:21

138

1     experience."

2            Did I accurately read what that

3     section is designed to assess?

4      A.    Yes.

5      Q.    You got a ranking of what in that        14:18:31

6     section?

7      A.    2.

8      Q.    And 2 means "Occasionally does not

9     demonstrate safe, caring and compassionate

10    behavior towards patients' needs," correct?      14:18:40

11     A.    I don't see where you're reading

12    that from.

13     Q.    The number 2 below it.

14     A.    Meaning, "Occasionally does not

15    demonstrate safe, caring and compassionate       14:18:56

16    behavior towards patients," is that what you

17    just read.

18     Q.    Uh-huh.

19     A.    That's what it says.

20     Q.    Did you object at the time you        14:19:07

21    received this 2 rating on Patients First?

22     A.    I don't see any comments on my

23    part.

24     Q.    So that would mean no, you did not

25    object?                                          14:19:29

139

1      A.    Oh, I definitely object, but I
2  didn't write it down.

3      Q.    Did you say anything out loud?

4      A.    Could have.  Probably did.
5  Sometimes --
                                               14:19:41

6      Q.    What did you say?

7      A.    I don't remember.  Sometimes I
8  wouldn't write things in these comments because
9  you'd be so disappointed and you'd feel very
10  bad that somebody would write that about you        14:19:50
11  and you don't believe it and I just sometimes
12  didn't respond to it.

13      Q.    Do you recall saying anything with
14  respect to this 2 rating?

15      A.    I can't say for sure if I did or        14:20:02
16  didn't, no.

17      Q.    Next page, please, 263.  Caring.
18  Almost to the end of the page.  They have
19  caring defined as "Demonstrates caring actions
20  and behaviors toward patients, families,        14:20:21
21  visitors, medical staff, and coworkers, through
22  open communication, mutual respect and
23  compassion.

24         Anticipates, listens and responds
25  with empathy to others in need.        14:20:30

140

1              Demonstrates appropriate written,

2    verbal and nonverbal communicating resulting in

3    an approachable nature.

4              Treats everyone with dignity,

5    courtesy and respect."
                                                    14:20:41
6              Is that what that says?

7         A.    Yes, it does.

8         Q.    You received a 2 rating there?

9         A.    Yes.

10        Q.    Which means "Occasionally does not    14:20:47

11   demonstrate actions or behaviors that respond

12   to or meet the needs of others," correct?

13        A.    That's what it says.

14        Q.    Next page, Integrity.

15   "Demonstrates integrity through appropriate      14:21:02

16   actions and behaviors that support AGMC's

17   mission, vision and values, policies and

18   procedures, and code of conduct through

19   honesty, trustworthiness and mutual respect.

20             Maintains confidentiality and         14:21:14

21   privacy of work and patient-related

22   information.

23             Exhibits an understanding of the

24   impact of own behavior on the organization and

25   community.                                       14:21:22

Kimberly J. Belzer

141

1                    Takes accountability for meeting

2       the needs and expectations of patients,

3       families, visitors, guests, medical staff and

4       coworkers."

5                    Do you see where I'm referring?          14:21:32

6           A.       Yes, I do.

7           Q.       You received a 2 rating there as

8       well?

9           A.       Yes.

10          Q.       Which means, "Occasionally does not     14:21:36

11      respect the privacy of others.  Conduct does

12      not always demonstrate mutual respect and

13      understanding of others' needs."  Correct?

14          A.       Correct.

15          Q.       And there's a place on page 266 for     14:21:46

16      employee comments?

17          A.       Uh-huh.

18          Q.       And you didn't write anything,

19      correct?

20          A.       Correct.                                14:21:53

21          Q.       And you don't remember whether or

22      not you voiced any concerns at that time?

23          A.       I don't remember.

24                        -    -    -    -    -

25                    (Thereupon, Defendant's Deposition

142

1          Exhibit R was marked for purposes of

2          identification.)

3               -  -  -  -  -

4      Q.    Handing you a document marked

5  Defendant's Exhibit R, please take a moment to      14:22:26

6  review that document.  When you're finished,

7  please identify it.

8      A.    This is my evaluation from I think

9  it's 07.  Yeah.

10     Q.    Do you recall receiving this          14:23:28

11 document?

12     A.    07, my signature is not here nor is

13 anybody else's, but I think I received it.

14     Q.    Well, I'll help you out.  The

15 bottom of the page contains Bates label numbers    14:23:58

16 which indicate that this document was produced

17 to us in discovery by your attorney.

18     A.    Okay.  Then I received it.

19     Q.    It's not signed, correct?

20     A.    I don't see a signature on my copy.     14:24:17

21     Q.    Page 2, which is Belzer 107, if I

22 could direct your attention there, please?

23          MR. MYERS:  Page 3.

24     Q.    Page 3.  Again, in the Integrity

25 section you received an improvement needed         14:24:46

143

1  rating, correct?

2      A.   That's what it says.

3      Q.   And the next page, Belzer 108,

4  again, in the Caring section you received an

5  improvement needed rating, correct?                    14:25:01

6      A.   Correct.

7      Q.   Did you disagree with these

8  assessments?

9      A.   Yes, I do.

10     Q.   Did you provide any comments?                  14:25:09

11     A.   No, I didn't even sign it.  That

12  might have been when we might have had to sign

13  on the computer.  I'm not sure.

14     Q.   Do you remember making any oral

15  objections to your 2007 performance review?           14:26:06

16     A.   No, I do not recall.

17     Q.   You don't recall one way or the

18  other whether you made any written comments?

19     A.   I do not recall.

20              -  -  -  -  -

21          (Thereupon, Defendant's Deposition

22          Exhibit S was marked for purposes of

23          identification.)

24              -  -  -  -  -

25     Q.   Handing you a document marked                  14:26:46

Kimberly J. Belzer

144

1    Defendant's Exhibit S, please take a minute to

2    review it, and when you're finished, identify

3    it.

4        A.    This is a performance review for

5    08.

                            14:28:09

6        Q.    Turning to the last page, 823?

7        A.    Yes.

8        Q.    Looks like this was an electronic

9    acknowledgment, correct?

10        A.    Correct.

                            14:28:22

11        Q.    And do you have any reason to

12    dispute that you acknowledged receipt on

13    3-18-2008 at 1:39?

14        A.    No, I don't.

15        Q.    Judy Ezzie was your supervisor at    14:28:31

16    that time?

17        A.    Correct.

18        Q.    What is relationship-based care?

19        A.    It's a new mode of -- they had just

20    started talking about it before I left -- a new    14:28:47

21    mode of patient care.  I don't know a whole lot

22    about it.

23        Q.    Isn't it true that

24    relationship-based care encourages nurses to

25    provide care at the bedside?

                            14:29:07

Kimberly J. Belzer

145

1       **A.**    I feel that all nursing should be
2   done by the bedside.

3       **Q.**    That's not my question.

4           **MR. MYERS:**  Objection.  She already
5   testified she didn't know what it really          14:29:17
6   meant --

7       **A.**    They were just starting it when I
8   left and I really -- I know that everybody had
9   to go through classes.

10      **Q.**    And you didn't?                       14:29:27

11      **A.**    No, because they hadn't started the
12  classes yet.

13      **Q.**    Were you ever provided any reading
14  material on relationship-based care?

15      **A.**    I borrowed a book from Judy.          14:29:38

16      **Q.**    Did you read it?

17      **A.**    No, because I left.  I received it
18  very shortly before I left.  As a matter of
19  fact, I still have the book.

20      **Q.**    Turn to page 817, please.             14:29:50

21      **A.**    Okay.

22      **Q.**    Again, in Integrity in 2008 you
23  were provided an improvement needed rating,
24  correct?

25      **A.**    Correct.                              14:30:04

146

1    Q.    And, again, in Caring in 2008 you
2    were provided an improvement needed rating,
3    correct?

4    A.    Correct.

5    Q.    Then in the Recommended Improvement    14:30:24
6    section, which is on page 822, you're again
7    told to improve your inappropriate verbal
8    interactions with patients which possess the
9    potential to physically harm emotionally
10   disturb or embarrass an individual.  Failure to    14:30:39
11   be courteous, respectful and compassionate
12   towards patients, physicians and coworkers,
13   referencing final written warning for
14   violations of standards of conduct.  Correct?

15   A.    Correct.
                                                       14:30:57
16   Q.    Did you provide any written dispute
17   of any of the feedback provided in the 2008
18   evaluation?

19   A.    I don't see any comments here.

20   Q.    Do you recall making any oral    14:31:10
21   comments when it was presented to you?

22   A.    No, I don't recall.

23   Q.    When these were provided to you
24   over the computer, what was the mechanics of
25   that?  Did you still sit down with your    14:31:23

147

1    supervisor and go --

2         A.    You sat in Judy's office next to

3    her and she went over them.

4         Q.    You still went over the

5    evaluations?                                    14:31:32

6         A.    Uh-huh.

7         Q.    Page 821, middle of the page,

8    "Adheres to values/guest standards and guiding

9    principles."  What's guiding principles mean?

10        A.    I'm not sure.                         14:32:11

11        Q.    You were provided an improvement

12   needed there?

13        A.    Yes.

14        Q.    So Ms. Ezzie gave you two ratings

15   on Integrity in all three of the performance    14:32:51

16   evaluations I put in front of you, correct?

17        A.    Correct.

18        Q.    Why do you believe you received

19   that rating?

20        A.    I think there were nurses that went  14:33:09

21   in to complain to Judy on a regular basis and

22   that was her way, I think, of doing something

23   about it.  Plus, I also feel that some of these

24   reports or letters that they have gotten that I

25   don't agree with also probably persuaded her to  14:33:37

148

1  give me a 2.

2      Q.     Some of these evaluations occurred

3  prior to any discipline from Miss Ezzie?

4      A.     Correct.  As far as -- yes.

5      Q.     She also gave you a needs          14:33:52

6  improvement rating on the Caring category.  Why

7  do you believe you received the improvement

8  needed rating?

9      A.     I don't feel that that was fair.

10     Q.     Okay.                              14:34:10

11     A.     I'm a very caring and empathetic

12 person.

13     Q.     Why do you believe that you

14 received that rating?

15     A.     I don't know why.                  14:34:25

16     Q.     So with respect to the integrity,

17 you think it was because other nurses said

18 things to Judy and not because of anything that

19 you did, correct?

20     A.     I can't say that it's not because  14:34:51

21 of anything I did.  Whether --

22     Q.     I'm asking you why.

23     A.     Whether I used a different tone,

24 flexion, eye communication, body language, some

25 people can perceive things that aren't true or  14:35:03

149

1     accurate.

2          Q.     I'm not following you.  Are you

3     saying you were misperceived?

4          A.     I think that could have been also a

5     part of it.

                                              14:35:17

6          Q.     Is that what you were saying?

7          A.     What I was trying to explain to

8     you?

9          Q.     Right.

10         A.     Right, I think I've been

                                              14:35:24

11    misperceived.

12         Q.     Any other reasons why you would

13    have received a 2 rating in integrity or care?

14         A.     Not that I'm aware of.

15         Q.     Who is Cathy Lutz?

                                              14:35:39

16         A.     She used to be the head nurse on

17    perinatal unit.  I hear she's no longer there.

18         Q.     Prior to actually last night, I

19    received a fax from your attorney that

20    contained 45 pages of documents, many of which

                                              14:36:23

21    were handwritten notes that looked like they

22    were from you.  Were those notes all one

23    document or different documents with different

24    dates?

25         A.     They were all different -- I don't

                                              14:36:33

150

1     understand what you mean.

2          Q.     There was a lot of pages of

3     handwritten notes.

4          A.     Right.

5          Q.     Were they all written at the same          14:36:39

6     time?

7          A.     Over a period of a few days or

8     whatever.  It was just my response to the

9     written statements.

10         Q.     When were they written?                     14:36:51

11         A.     Some of them I have made notes

12    after I was terminated, shortly thereafter.

13    But I didn't complete all of them at that

14    period of time and I went through and made sure

15    that I had put everything in there that I          14:37:29

16    wanted -- basically what that was shortly

17    thereafter, when we all met in the board room

18    at the hospital with the ONA representatives.

19    So that was probably around middle of June.

20         Q.     Of 2008?                                    14:37:50

21         A.     Correct.

22         Q.     Is when you compiled those notes?

23         A.     Not totally, but I started -- I was

24    working on them and added more things as I

25    could think of and was remembering.                14:38:03

151

1       Q.      When did you complete them?

2       A.      When did I complete them, I'm not

3   real sure.

4       Q.      When did you provide them to your

5   attorney?
                                                14:38:15

6           MR. MYERS:  You can say when you

7   provided them to me.  That's fine.  If you

8   remember.

9       A.      I don't really remember.  After I

10  started to see the attorney.  I don't know.    14:38:29

11  Somewhere after I had seen him.

12              -  -  -  -  -

13              (Thereupon, Defendant's Deposition

14              Exhibit T was marked for purposes of

15              identification.)

16              -  -  -  -  -

17      Q.      Handing you a document that's been

18  marked Exhibit T, can you identify Exhibit T

19  for me, please?

20      A.      It's an employee discipline          14:39:00

21  documentation.

22      Q.      It's a two-page document, correct?

23      A.      Yes.

24      Q.      What's the second page, if you

25  know?                                            14:39:17

152

1      A.      Can I read it here a minute,
2   please?

3      Q.      Please take your time.

4              (Discussion off record.)

5      A.      To be honest, I don't really          14:41:18
6   remember this.

7      Q.      Is that your signature on the
8   bottom?

9      A.      Yes, it is.  I don't know why Cathy
10  would be writing this because she wasn't my      14:41:34
11  head nurse.

12     Q.      This is a counseling or
13  predisciplinary step, correct?

14     A.      Correct.  It's an employee
15  counseling.                                       14:41:51

16     Q.      Dated June 3rd of 2004?

17     A.      Correct.

18     Q.      You don't remember the event that's
19  described on the second page; is that what your
20  testimony is?                                     14:42:13

21     A.      No, I do not.  Yes.

22     Q.      You don't remember receiving the
23  discipline?

24     A.      No, I don't.

25     Q.      Are you denying that you received    14:42:21

Kimberly J. Belzer

153

1    the discipline?

2        A.    No, I'm not denying it.  It's my

3    signature there.  I don't remember this

4    scenario.  Normally I'm done at 3:30 unless I

5    pick up extra or I was on call and I don't        14:42:45

6    remember this situation.

7        Q.    In 2004, you were on the day shift?

8        A.    Like I said, sometimes I work 7 to

9    3, pick up 3 to 7 p.m. extra, sometimes you're

10   on call.                                           14:43:03

11       Q.    So you don't remember?

12       A.    No, I do not.

13                -  -  -  -  -

14             (Thereupon, Defendant's Deposition

15             Exhibit U was marked for purposes of    14:43:23

16             identification.)

17                -  -  -  -  -

18       Q.    Handing you a document that's been

19   marked Defendant's Exhibit U, what is Exhibit

20   U?                                                 14:43:29

21       A.    Employee discipline documentation.

22       Q.    And that's dated 3 -- I'm sorry,

23   2-27-06, correct?

24       A.    Pardon me?

25       Q.    That's dated 2-27-06, correct?          14:43:41

154

1     A.    Correct.

2         Q.    And that's your signature at the

3    bottom?

4     A.    Correct.

5         Q.    And Judy Ezzie's signature below     14:43:49

6    it, correct?

7     A.    Correct.

8         Q.    What were the circumstances leading

9    to this discipline?

10        A.    From what I can remember of this     14:44:00

11   one, this patient was an LDR 10.  She had been

12   there for a few days.  I don't remember how far

13   along in her pregnancy she was, but this

14   statement that they thought I had said, I did

15   not state.  I always tell patients, always try     14:44:23

16   to get them off their back because the baby and

17   them get more oxygen that way.

18        Q.    You deny saying, If you want to lay

19   on your back and stop all oxygen flow to your

20   baby, go ahead?                                    14:44:39

21        A.    I would never say that to somebody.

22        Q.    So if the patient reported that you

23   said that, the patient would be lying?

24        A.    Yes.

25        Q.    And in the employee comments           14:44:45

155

1    section, you objected to the discipline,

2    correct?

3        A.    Correct.

4        Q.    "The EAP program was recommended to

5    employee with brochure provided," this says.    14:44:56

6    Do you see where I'm referring in the

7    supervisor's comments section --

8        A.    Yes.

9        Q.    -- the last sentence?  What's the

10   EAP program?                                    14:45:04

11       A.    Employee -- it's like a counseling,

12   you go talk to them.  I don't know what the EAP

13   stands for.

14       Q.    Not what the acronym stands for.

15   What is it to your understanding, what it --    14:45:20

16       A.    It's like if you would like to go

17   and talk to somebody, you can.

18       Q.    Is that the same as the CARE

19   program --

20       A.    I think it's a different type        14:45:28

21   program.  I'm not sure.  Probably both --

22       Q.    How do they differ --

23       A.    I have no idea.  I've never used

24   any of the programs up until -- I'm sure we'll

25   be getting to that.                             14:45:40

**Kimberly J. Belzer**

156

1    Q.    So the EAP program was recommended

2    to you February 27th of 06.  You did not

3    participate in it at that time?

4         A.    No.  I didn't feel that I needed

5    to.

14:45:59

6         Q.    Why not?

7         A.    Because I didn't make the statement

8    to the patient.

9                   -  -  -  -  -

10                  (Thereupon, Defendant's Deposition

11                  Exhibit V was marked for purposes of

12                  identification.)

13                  -  -  -  -  -

14        Q.    Handing you a document marked

15   Defendant's Exhibit V, can you review that

16   document and when you're finished on --

14:46:47

17        A.    Employee discipline, written

18   warning 1.

19        Q.    So this is a written warning?

20        A.    Yes, it is.

14:46:59

21        Q.    That's different than the oral

22   counseling from the previous exhibit, correct?

23        A.    The previous was a work rule.

24        Q.    The level of discipline was

25   different, correct?

14:47:17

157

1          A.     Yes.

2          Q.     What do you mean the previous was a

3   work rule?

4          A.     It's marked work rule.

5          Q.     Okay.  As is this next one,              14:47:33

6   correct?

7          A.     Correct.  Says -- correct.

8          Q.     Tell me about the circumstances

9   that led you to receiving -- let me back up.

10                 That's your signature on Exhibit V,     14:47:56

11  correct?

12         A.     Correct.

13         Q.     Judy Ezzie's below?

14         A.     Correct.

15         Q.     And Ann Kaser's below that?             14:48:04

16         A.     Correct.

17         Q.     Who is Ann Kaser?

18         A.     The ONA representative.

19         Q.     Was Miss Kaser present at the time

20  you were provided this discipline?                    14:48:17

21         A.     Yes, she was.

22         Q.     What are the circumstances that led

23  to this discipline?

24         A.     From what I remember, Dr. Huynh had

25  given an order to give the Pitocin.  I don't          14:48:43

Kimberly J. Belzer

158

1   know if it was every 25 or 30 minutes.  I don't

2   have the chart in front of me with the order so

3   I don't know for sure.

4           And he was upset with me because I

5   didn't up the Pitocin every 20 to 30 minutes.      14:49:00

6   A lot of times we won't do that if the patient

7   is contracting adequately every two to three,

8   three to four minutes, we will leave the

9   Pitocin there for a while to let -- the

10  synthetic oxytocic will stimulate what their     14:49:17

11  own body produces.  And I had asked him what he

12  was in such a hurry about.

13          Q.   This is when you questioned why he

14  was increasing the Pitocin?

15          A.   He was mad at me because I wasn't     14:49:34

16  increasing the Pitocin every 20, 30 minutes

17  and --

18          Q.   That's what he had ordered you to

19  do, correct?

20          A.   He had written that order, but at     14:49:42

21  times, all of us nurses have not upped it every

22  20 to 30 minutes, when the doctor wants it, if

23  they're contracting adequately.

24          Q.   I understand.  Let's turn to the

25  second page.                                       14:49:56

Kimberly J. Belzer

159

1       A.      That's where I'm at.

2       Q.      He says that at approximately

3   12:30 -- no, the nurse was instructed to

4   continue increasing Pitocin.  How were you

5   instructed?                                14:50:06

6       A.      They tell you keep upping the Pit.

7       Q.      He verbally told you to up the

8   Pitocin, correct?

9       A.      I remember, yes, that he did say

10  that.                                       14:50:20

11      Q.      And you didn't up the Pitocin,

12  right?

13      A.      Well, from 12:45 to 2:00, it looks

14  like it was still 12 at milliunits.  I guess I

15  didn't.                                     14:50:48

16      Q.      Between 12:30 and 2:00 you did not

17  up the Pitocin?

18      A.      12:45 and 2:00, I'd have to have

19  the chart in front of me to be able to see it,

20  but that's what he wrote here.              14:50:59

21      Q.      That was because you thought that

22  he was in too much of a hurry?

23      A.      Number one, the patient was

24  contracting adequately; and number two, I asked

25  him why he was in such a hurry.  This happens   14:51:17

Kimberly J. Belzer

160

1    frequently. Doctors will very frequently, Pit,
2    Pit her, Pit her, Pit her, Pit her. They want
3    patients -- the Pitocin to keep cranking and
4    going up for whatever their reason might be for
5    that day.                                          14:51:37

6        Q.    And you didn't discuss Dr. Huynh's
7    reasons with him, correct?

8        A.    I asked him. I asked him what the
9    hurry was.

10       Q.    Okay. But you didn't discuss the     14:51:46
11   medical reasons as to why he wanted the Pitocin
12   increased, correct?

13       A.    We know what the medical reasons
14   are. They want the patient to contract so they
15   dilate to have the baby come out.              14:51:55

16       Q.    But you just decided you weren't
17   going to do it?

18       A.    I didn't just decide it. For some
19   reason the patient was contracting adequately.

20       Q.    So Dr. Huynh again instructs you to   14:52:05
21   increase the Pitocin, correct?

22       A.    Not after that period of time. I
23   went into the back room where they all were and
24   I went in there to talk to him.

25       Q.    Okay. Did you tell him at that        14:52:41

Kimberly J. Belzer

161

1   time that he needed to stop riding you?

2       **A.**    Yes, because he -- ever since the

3   incident when I delivered the baby, Dr. Huynh

4   would always give me a difficult time.  He

5   would ride me.  He would make derogatory      14:52:55

6   comments, I want this done, and if it wasn't

7   done when he wanted it done or right away, he'd

8   ride me.

9       **Q.**    What derogatory comments did he

10   make to you?                                14:53:08

11       **A.**    I can't remember right at the

12   moment exactly what derogatory comments were

13   made, but there were plenty of them made.

14       **Q.**    Did he call you names?

15       **A.**    Possibly.                      14:53:26

16       **Q.**    But you don't remember?

17       **A.**    I don't remember at this time, no.

18       **Q.**    But he could have called you names;

19   you just don't remember?

20       **A.**    At the moment, no, I don't remember   14:53:33

21   what all he said to me.  But he made my life

22   miserable and he rode me.

23          And I did not tell him I could make

24   his life miserable.  I told him that my brother

25   was a physician and I treat him with respect,   14:53:47

**Rennillo Deposition & Discovery**
www.rennillo.com
Cleveland 216.523.1313        888.391.3376 (Depo)

Kimberly J. Belzer

162

1    he treats his coworkers and his patients with

2    respect, and I felt that he needed to treat me

3    with respect.  And that I have been -- I was

4    older than he was and that I have more

5    experience and I felt that he was not showing          14:54:05

6    me respect.  And he said that he isn't riding

7    me, that he just -- I couldn't be riding her

8    because he stopped talking to me.  He only

9    talked to me when he had to.

10        Q.    Okay.                                        14:54:24

11        A.    That was quite evident.  He avoided

12   me like the plague in the unit.  And sometimes

13   I would even talk to him or ask him something,

14   he totally ignored me and walked away.

15        Q.    That was after that experience when         14:54:37

16   you delivered the baby on your own?

17        A.    I've been treated miserably by him

18   ever since then.

19        Q.    You deny telling him that you would

20   make his life miserable?                               14:54:49

21        A.    Yes, I do deny that I ever said

22   that.  I did tell him that if I need to, I'll

23   go talk to Dr. Jenison about this.  This is

24   what prompted all this letter because he didn't

25   like the idea that some nurse was going to go          14:55:04

163

1    talk to his superior boss about him.

2         Q.   Did he tell you that?

3         A.   No, but that's what I feel is why

4    he wrote this letter.

5         Q.   Do you have any facts to          14:55:19

6    substantiate that?

7         A.   I think the statement itself that

8    he stopped talking to me, I could hear him,

9    he'd make comments to other nurses.  I don't

10   remember what comments.  I just know a lot of   14:55:58

11   people didn't get along with Tuan.

12        Q.   A lot of people didn't get along

13   with him?

14        A.   No.

15        Q.   Who else didn't get along with him?  14:56:07

16        A.   A lot of the other nurses.

17        Q.   Who else?

18        A.   I don't remember who else right at

19   the moment.  All I know is Tuan is --

20        Q.   How about Lori Wykoff, did she get   14:56:28

21   along with him?

22        A.   I don't know.  I know for quite a

23   few years he was not confident in himself at

24   all and we all could tell that.

25        Q.   Okay.                               14:56:43

164

1      A.    He was not confident and competent

2  and he had issues.  He had written -- things

3  written up about him and he was called on the

4  carpet.  I know of two.  You could see a big

5  change in him after that.             14:57:00

6      Q.    Is that why you told him that you

7  were older than him and more experienced and he

8  should show you respect?

9      A.    Rephrase that, please.

10      Q.    Is that why you told him that you    14:57:14

11  were older and more experienced and he should

12  show you respect?

13      A.    No.  I was tired of the way he was

14  treating me or you'd ask him a question and

15  he'd ignore me, or if he didn't ignore me, he'd  14:57:23

16  make some smart comment and I told him that I

17  am an elder and I do deserve respect and I'm

18  not -- I am competent.  I know what I'm doing.

19  But they don't like people, nurses to tell them

20  or give them any suggestions.          14:57:44

21      Q.    To residents?

22      A.    Uh-huh.

23      Q.    Let's go back to the first page,

24  Exhibit V.

25      A.    Okay.                  14:58:02

Kimberly J. Belzer

165

1          Q.    EAP services were again recommended
2     to you, right?

3          A.    Yes.

4          Q.    Did you participate in the EAP
5     services at that time?                          14:58:16

6          A.    Not at that time.

7          Q.    Why not?

8          A.    I felt this was Dr. Huynh's
9     problem; not mine.  Because this one is dated
10    12-7-06 and the other one is 2-27.             14:58:50

11         Q.    What does that mean?

12         A.    What do you mean?

13         Q.    It was Dr. Huynh's problem because
14    one is dated in February and one --

15         A.    No, it was Dr. Huynh's problem      14:59:11
16    because he didn't like anybody questioning him.

17         Q.    It has handwriting here, "Action
18    plan will be developed to assist Ms. Belzer to
19    communicate in a more appropriate manner."  Was
20    that written at the time you received that?    14:59:42

21         A.    No.

22         Q.    Did you discuss an action plan at
23    the time that you met?

24         A.    No.

25         Q.    Are you claiming this was added     14:59:48

Kimberly J. Belzer

166

1    after you signed it?

2         A.    No.  Just no action plan was ever

3    made.

4                        -   -   -   -   -

5                   (Thereupon, Defendant's Deposition

6                   Exhibit W was marked for purposes of

7                   identification.)

8                        -   -   -   -   -

9         Q.    Handing you a document marked

10   Defendant's Exhibit W, can you identify that          15:00:24

11   document, please?

12        A.    This is follow-up action plan from

13   Judy Ezzie from the first written warning from

14   12 of 06 and it's dated 3-28-07.

15        Q.    And so this is the action plan          15:01:00

16   that's referenced in the December 2006 --

17        A.    These --

18        Q.    Let me finish.

19        A.    Sorry.

20        Q.    -- discipline?          15:01:08

21        A.    This is an action plan from the

22   first written warning on 12-06-2006.

23        Q.    It enclosed the articles that are

24   noted in that bullet point when it was

25   delivered to you?          15:01:32

Kimberly J. Belzer

167

1      A.     None of this was delivered to me
2  besides the relationship-based care, the book.
3  These articles were there and this is just a
4  reference for me to go and look them up.
5      Q.     I see.  So the only thing that was          15:01:44
6  provided to you besides this was the book on
7  relationship-based care?
8      A.     Correct.
9      Q.     And we already established that you
10 didn't read that?                                        15:01:53
11     A.     Correct.
12     Q.     How about --
13     A.     I didn't get the book at this time,
14 though.  I know I didn't because I didn't have
15 it for that long of period of time.  Date            15:02:00
16 3-28-07, I did not have that book that long.  I
17 didn't receive it until sometime in 08, early
18 part of 08.
19     Q.     You didn't read it, right?
20     A.     Not from 08, no.                              15:02:24
21     Q.     Did you ever look up the articles
22 that are referenced here?
23     A.     I can't recall if I did or not.
24     Q.     It also talks about you could --
25 strike that.                                             15:02:40

Kimberly J. Belzer

168

1          You could have looked them up, you

2    just don't remember one way or the other?

3          A.    I could have.  I could have looked

4    it up at work.  I'm not real sure.  I don't

5    recall.                                    15:02:49

6          Q.    Did you look it up at home?

7          A.    I don't look up things at home, no.

8    So if I did, it would have been at work.

9          Q.    Did you explore any articles that

10   Ann Kaser may have made available to you?   15:03:05

11         A.    Ann Kaser said she was going to

12   look up some articles and give them to me and

13   she never got back to me.

14         Q.    You mean during the disciplinary

15   meeting in December 2006 -- I'm sorry, let me  15:03:17

16   rephrase that.

17          When did Ann Kaser tell you she

18   might have some articles for you?

19         A.    I'm not real sure.

20         Q.    Okay.  Says here, "As she suggested  15:03:32

21   during the discipline meeting."  Would that

22   have been the 12-06 discipline meeting?

23         A.    I'm not sure.

24         Q.    And you didn't follow up with her

25   after that meeting?                         15:03:44

Kimberly J. Belzer

169

1      A.    She works in the cancer treatment

2   center, so it's a whole other building.  No, I

3   didn't get over there.  She works different

4   days.

5      Q.    Did you call her?                     15:03:54

6      A.    Not that I recall.  I'm not sure.

7      Q.    Would you have sent her an e-mail?

8      A.    I don't do e-mails.

9      Q.    Did you complain to anyone after

10  you received this December 13th, 2006          15:04:26

11  discipline?

12     A.    Which one?

13     Q.    December 13, 2006.

14     A.    What do you mean who did I -- who

15  would I have meant --                          15:04:44

16          MR. MYERS:  Exhibit V.

17     Q.    V.

18     A.    I talked to Judy.  I told her my

19  side of the story.

20     Q.    And we've --                          15:04:59

21     A.    She didn't say much to me.  I don't

22  know if she talked -- looks like Mark Davis got

23  a carbon copy.  I'm sure Judy and Mark Davis

24  probably talked about it, but nobody got back

25  to me.                                         15:05:13

Kimberly J. Belzer

170

1       Q.    So you did have an opportunity to

2  tell Judy your side of the story?

3       A.    Yes, I did.  I remember that.

4       Q.    You didn't grieve this discipline,

5  correct?  You didn't file a grievance?     15:05:24

6       A.    No.  What good would it do?

7            - - - - -

8          (Thereupon, Defendant's Deposition

9          Exhibit X was marked for purposes of

10        identification.)

11           - - - - -

12       Q.    Handing you a document marked

13  Defendant's Exhibit X, can you identify that

14  document?

15       A.    Employee discipline for not having  15:05:55

16  my NRP done.  There were several of us that did

17  not have it done and Judy just wrote us all up.

18       Q.    It says that your NRP expired in

19  05.  Is that accurate?

20       A.    I think it might have because I'd  15:06:11

21  been out with surgeries and other things that

22  had happened.

23       Q.    What's NRP?

24       A.    Neonatal resuscitation.  We're

25  certified in it.                15:06:24

Kimberly J. Belzer

171

1      Q.     This has your signature on the

2   bottom, correct?

3      A.     Correct.

4      Q.     And Judy Ezzie's signature?

5      A.     Correct.                           15:06:36

6      Q.     And that's a counseling as well?

7      A.     Yes.

8      Q.     It says that certification will be

9   provided by hospital-based instructor.  Do you

10   see where I'm referring?                    15:06:47

11     A.     Yes.

12     Q.     Does that mean that the hospital

13   provides the instruction at its cost?

14     A.     Yes.

15     Q.     So you don't pay anything for that  15:06:54

16   certification?

17     A.     No.

18     Q.     Did you get it within the next 14

19   days or no later --

20     A.     I did the written and it was all    15:07:04

21   done and Judy was supposed to do the hands on

22   and there were a few other people that did the

23   hands on.  Judy said she'd do it and there was

24   myself, and I don't know who else, but there

25   were other people that Judy didn't do the hands  15:07:23

172

1    on and just gave us our cards and I was one of

2    them.

3         Q.    So you're claiming that you were

4    given a card without having gone through the

5    training?                                          15:07:34

6         A.    Hands on, yes, I do.

7         Q.    Who else was involved in that?

8         A.    There were other nurses that were

9    given their card, but I don't remember who they

10   were, but told me that they got their card and    15:07:44

11   Judy didn't make them do their hands on.

12        Q.    That happened with you as well?

13        A.    Yep.

14        Q.    That was within the 14 days of this

15   discipline?                                        15:07:54

16        A.    Yep.

17                  -  -  -  -  -

18                  (Thereupon, Defendant's Deposition

19                  Exhibit Y was marked for purposes of

20                  identification.)

21                  -  -  -  -  -

22        Q.    Handing you a document that's

23   marked Defendant's Exhibit Y, can you identify

24   that for me, please?

25        A.    Employee discipline, counseling,       15:08:19

Kimberly J. Belzer

173

1    tardiness. Judy was on the warpath with people

2    and their tardiness and I might have gotten one

3    other one in 25 years.

4         Q.    One other discipline related to

5    tardies?                                      15:08:41

6         A.    Yeah.  That's why I wrote in my

7    comments, "Yes, dear."

8         Q.    Why did you write "Yes, dear" in

9    your comments?

10        A.    That I won't be tardy anymore.  It   15:08:52

11   says --

12        Q.    Were you being --

13        A.    You violated the policy by

14   reporting to work tardy three or more times in

15   a pay period.  So that's my action plan.       15:09:03

16        Q.    So you wrote "Yes, dear?"

17        A.    Yeah.  See it right there?

18        Q.    I see it.  What were you trying to

19   accomplish with that comment?

20        A.    Just letting her know I won't be    15:09:18

21   tardy anymore.

22        Q.    Were you trying to be sarcastic?

23        A.    No.

24        Q.    Were you trying to be funny?

25        A.    Just making a comment, yes, I won't  15:09:26

Kimberly J. Belzer

174

1    be tardy anymore.

2         Q.    Do you recall -- have you called

3    other supervisors dear?

4         A.    I think we've all used terms of

5    endearment with different people at different     15:09:38

6    times.

7         Q.    You consider this a term of

8    endearment that you wrote?

9         A.    I consider it just a statement,

10   yes, dear.                                         15:09:45

11        Q.    Were you being flip?

12        A.    No.

13        Q.    It says you were tardy three times

14   in one pay period.

15        A.    Two weeks.                              15:09:55

16        Q.    You worked five days in two weeks,

17   correct?

18        A.    That's what I guarantee the

19   hospital, but I'd pit work between a point 7

20   and point 9 plus call time in-between there.      15:10:05

21        Q.    So you worked anywhere between 5

22   and 9 days within a two week period?

23        A.    Correct.

24                    -  -  -  -  -

25                    (Thereupon, Defendant's Deposition

Kimberly J. Belzer

175

1              Exhibit Z was marked for purposes of

2              identification.)

3                   ~  -  -  -  -

4       Q.     Handing you a multi-page document

5    marked Defendant's Exhibit Z, take a might be        15:10:47

6    to look at it.  Let me know when you're

7    finished.

8       A.     It's an employee discipline

9    document dated 2-27-09.

10      Q.     Is that your signature on the         15:11:39

11   bottom of the first page?

12      A.     Yes.

13      Q.     There are nine pages that follow,

14   correct?

15      A.     Correct.                              15:12:00

16      Q.     Was this documentation presented to

17   you in this fashion with the statements and the

18   policies attached?

19      A.     No.  I received this one.  I

20   received 239 and 240 at one time.  And then the    15:12:18

21   day before they must have received it -- I must

22   have gotten that at that time, 241 and 242.

23   And I'm not real sure when I received the

24   standards of conduct.

25      Q.     What were the circumstances that       15:12:55

176

1  brought about this discipline?

2      A.    Am I allowed to look at my notes or

3  not?

4      Q.    From what you recall.

5            MR. MYERS:  You can look at those    15:13:06

6  again later on.  She'll show you those later on

7  probably.  Testify to the best of your

8  knowledge.

9      A.    It was a day that I was working at

10 triage, there were two nurses working and we     15:13:23

11 had student nurses.  It's very difficult to

12 take care of -- I knew there was at least two

13 other patients waiting at the desk to get

14 checked in.  So you've got students and I love

15 students, I love spending time and I love        15:13:41

16 teaching them, and they would follow you around

17 like little ducklings and you're trying to take

18 care of the patient, but still trying to teach

19 them.

20           This patient was in, I think,          15:13:54

21 treatment room 2 and she told me -- she was a

22 nursing assistant and she couldn't pronounce

23 this name of the drug that she was on.  And I

24 couldn't get it from her.  And I asked her if

25 she could spell it.  And she had nausea and      15:14:12

Kimberly J. Belzer

177

1   vomiting.  That's why she came in.  And she was

2   upset with me because I asked her to spell it

3   and I thought, how can we treat you, I don't

4   know if that's a drug you're taking that's

5   making you nauseated, whether you need a nausea    15:14:28

6   drug.  And she took offense, was not feeling

7   well, was angry that I asked her to spell the

8   drug.

9              And we were outside the door, I

10  remember, me and three nursing assistants.  I     15:14:43

11  think they were Akron U students that day.  And

12  we were talking about the unit or something and

13  the patient heard us laughing and she

14  automatically assumed we were talking about her

15  when we weren't.  We wouldn't be standing right    15:14:59

16  outside her door talking about her and

17  laughing.  That's not appropriate and we

18  wouldn't have been doing it.  We were talking

19  about somebody else.  It was a change of shift

20  with a lot of craziness going on, and that's      15:15:10

21  basically what I remember.

22             Then she asked to talk to Judy.

23  Judy went in and talked to her.

24       Q.     So when she asked to talk to Judy,

25  you probably had a pretty good idea that she       15:15:29

Kimberly J. Belzer

178

1    was upset at that point, is that correct?

2        A.    I was gone.  I had already went

3    home for the day.  I didn't know anything about

4    it.

5        Q.    And you had trouble understanding          15:15:36

6    her saying Doxycycline?

7        A.    But she didn't pronounce it that

8    way.  I can't even tell you how she tried to

9    pronounce it.  It was to the point where I

10   couldn't even understand what the drug was to      15:15:49

11   write it down, because we take a quick flow

12   sheet of how many times a person has been

13   pregnant, what medications they're on, what

14   their chief complaint is.  We do like a triage

15   and --                                             15:16:04

16       Q.    When Judy Ezzie spoke to her, it

17   looks like she had no problem understanding

18   what she was saying.

19       A.    That's because I think we got to

20   the bottom of it, what drug she was on after I     15:16:12

21   was quizzing her enough to let the doctors know

22   what medication she is on, what is she taking,

23   is the drug causing her nausea, does she have

24   nausea and vomiting problems, does she need

25   another medication?                                15:16:27

Kimberly J. Belzer

179

1              We always evaluate the patients
2    before the doctors do, unless they're imminent
3    delivery.
4         Q.    You had already gone home at the
5    time Judy spoke with this patient?          15:16:36
6         A.    Correct.
7         Q.    And you deny that you were talking
8    about her and laughing about her at the nurses'
9    station?
10        A.    I would not do that, no.          15:16:42
11        Q.    That's not the only event that
12   caused the final written warning, correct?
13   There were two patient complaints, correct?
14        A.    There's one behind it, yes,
15   correct.                                      15:17:04
16        Q.    And you're referring to page 241,
17   which is a letter dated February 1st, 2008 to
18   Cathy Ceccio?
19        A.    Correct.
20        Q.    Who is Cathy Ceccio?              15:17:14
21        A.    She had been the executive
22   vice-president chief operating officer at Akron
23   General --
24        Q.    Okay.
25        A.    -- at that time.  She's no longer  15:17:21

180

1    there.

2         Q.    What do you recall about the events

3    described in this letter?  Let me back up.

4              Have you reviewed this letter?

5         A.    Yes, I have.  I'm trying to          15:17:38

6    remember some of my notes I made regarding this

7    letter.  This letter absolutely upset me and

8    mortified me that a patient perceived me like

9    this.  This is the worst letter that I have

10   ever seen, period.  What really amazed me more   15:17:50

11   than anything is that this situation occurred

12   in 05 and three years later she decides to

13   write about it.  I just -- some of these

14   things -- I forget what my notes are.  I would

15   really like to look at my notes.               15:18:13

16        Q.    She explains in the beginning why

17   it took her so long to write the letter,

18   doesn't she?

19        A.    Well, she said she felt like she

20   should have wrote it after the delivery of her   15:18:24

21   second child, but I feel --

22        Q.    She says, "Upon the delivery of my

23   second child, I received a welcome packet and

24   felt compelled to finally put my comments into

25   writing."  Correct?                            15:18:42

Kimberly J. Belzer

181

1    A.    Where is that?

2    Q.    First paragraph.

3    A.    Yes, that's what it says.

4    Q.    Then she goes on to say, "I should

5   preface this by saying it was the sincere          15:18:56

6   compassion that I received during the second

7   delivery that made me realize how intolerable

8   my first experience was."  Those were her

9   words?

10   A.    Yes, those were her words.  I          15:19:09

11  really feel bad that the patient perceived her

12  delivery this way.  I really do.  This letter

13  saddened me.

14          And I also feel, to be honest with

15  you, that a lot of things were going on at this          15:19:32

16  period of time in February and I really feel

17  that maybe Dr. Shondel was approached and asked

18  or somehow this was generated at this period of

19  time for this reason.

20   Q.    You feel that this was generated in          15:19:56

21  February 2008 for what reason?

22   A.    Because I had been written up quite

23  a bit of times at that period of time and I

24  feel that Judy Ezzie wanted to get rid of me.

25   Q.    And do you feel that Judy Ezzie          15:20:14